Exhibit "1"
Democrats Sue Trump, GOP Amid Concerns of Voter Intimidation

Exhibit "1"
Democrats Sue Trump, GOP Amid Concerns of Voter Intimidation

Nov 1, 2016

Politics

# Democrats Sue Trump, GOP Amid Concerns of Voter Intimidation

Compaints filed in four battleground states



Voters line up at a temporary voting location in a trailer in Las Vegas on the first day of early voting in Nevada on Oct. 22. (Bill Clark/CQ Roll Call)

**Todd Ruger (/author/toddrugercqrollcall-com )**
@Todd Ruger (//www.twitter.com/toddruger)

Posted Oct 31, 2016 3:04 PM

Democrats filed lawsuits against the Donald Trump campaign and other Republicans to stop potential voter intimidation at the polls in four battleground states.

The complaints — filed Sunday by state Democratic parties in Nevada, Pennsylvania, Ohio and Arizona — came nine days before the presidential election, and allege a "coordinated campaign of vigilante voter intimidation" that violates the Voting Rights Act of 1965 and the Klu Klux Klan Act of 1871, which bans private conspiracies to intimidate or threaten voters.

They ask the court to stop "exit polling" and "citizen journalist" activities at election sites by the state Republican parties, the Trump campaign, longtime Trump adviser Roger Stone, and a group called Stop the Steal that was formed by Stone.



"Trump's calls for unlawful intimidation have grown louder and louder, and the conspiracy to harass and threaten voters on Election Day has already resulted in acts that threaten the voting rights of registered Pennsylvania voters," the Pennsylvania complaint states.

More than 23 million people across the country have already cast absentee ballots or voted early in person, according to the nonpartisan United States Election Project.

[*Voting Rights Groups Brace for Election Day 'Chaos'* (http://www.rollcall.com/news/politics/voting-rights-groups-brace-election-day-chaos)]

The lawsuits cite an unnamed official's comments to Bloomberg News on Oct. 27 that the Trump campaign has three voter suppression operations that target African-Americans and other groups. And the Democrats allege that Trump supporters have pledged to go to certain polling places with minority voters and interfere.

"I'm honored but the lawsuit is without merit and the lawyers who filed it could face sanctions," Stone said in an email response to the lawsuits. "Stop the Steal in partnership with Vote Protectors is conducting a neutral, scientifically based EXIT POLL in order to compare the actual machine results with the exit poll results in 7,000 key precincts."

Stone said the methodology is no different than that used in network consortium exit polls.

Want insight more often? Get Roll Call in your inbox
*email address*                                                                                                                                                          ❯

"We are not coordinating with the Trump campaign, the Republican National Committee or the individual Republican state committees," Stone wrote in the email. "We seek only to determine if the election is honestly and fairly conducted and to provide an evidentiary basis for a challenge to the election if that is not the case. I assume the purpose of this bogus lawsuit is to distract from the voter fraud the Democrats have traditionally engaged in."

Trump campaign adviser Jason Miller told CNN on Oct. 27 that the unnamed official "either A) was not qualified to give such a quote or B) had no idea what they were talking about."

Miller said on Oct. 19 that the Republican nominee, when he declined during the third debate to say if he was going to accept the results of the election, was putting those looking to commit voter fraud on notice "that we're going to be watching, and we're going to make sure that we have honest and fair elections."

Voting rights advocates have been preparing for voter intimidation issues on Election Day. This will be the first presidential election since 1964 without the full protections of the Voting Rights Act. In 2013, the Supreme Court struck down a key enforcement provision in the civil rights law that required certain states to check any election changes with the Justice Department.

*Get breaking news alerts and more from Roll Call on your iPhone (https://itunes.apple.com/us/app/roll-call-news/id433753469?mt=8) or your Android (https://play.google.com/store/apps/details?id=com.devaary.cqrc.rollcall.v01&hl=en).*

Get Permissions (http://www.copyright.com/openurl.do?&issn=0035788X)

**Topics:**
- 2016 (/page/category_2016)
- democrats (/page/category_democrats)
- elections (/page/category_elections)
- ethics (/page/category_ethics)
- messaging (/page/category_messaging)
- policy (/page/category_policy)
- politics (/page/category_politics)
- presidential-race (/page/category_presidential-race)
- republicans (/page/category_republicans)
- Arizona (/page/rc-tags_arizona)
- Campaigns (/page/rc-tags_campaigns)
- democrats (/page/rc-tags_democrats)
- Donald J. Trump (/page/rc-tags_donald_j_trump)
- Donald Trump (/page/rc-tags_donald_trump)
- Elections (/page/rc-tags_elections)
- Nevada (/page/rc-tags_nevada)
- Ohio (/page/rc-tags_ohio)
- Pennsylvania (/page/rc-tags_pennsylvania)
- polling (/page/rc-tags_polling)
- Presidential race (/page/rc-tags_presidential_race)
- Republicans (/page/rc-tags_republicans)
- Supreme Court (/page/rc-tags_supreme_court)
- Voting Rights (/page/rc-tags_voting_rights)

**Related Stories**



Why Are Ron Johnson and Sean Duffy Teaming Up in a New Ad? (/news/politics/ron-johnson-sean-duffy-teaming-new-ad)

By Simone Pathé



Tax Code Should Encourage Companies to Take On Philanthropic Roles (/news/opinion/tax-code-encourage-companies-take-philanthropic-roles-dave-reichert)

By Rep. Dave Reichert



Report: Perry Encouraged McCaul to Challenge Cruz in 2018 (/news/politics/possible-senate-run-for-rep-michael-mccaul)

By Christina Flom



A Window Into Paul Ryan's Thinking? (/news/hoh/window-paul-ryans-thinking)

By Alex Gangitano



Democratic Groups Go After Young in Indiana Senate Race (/news/politics/todd-young-under-attack-by-ads-in-indiana-senate-race)

By Christina Flom

**6 Comments**  Sort by **Oldest ▾**

Add a comment...


**Robin Smith** · Bryant & Stratton College
Stone should read the news:
http://ijr.com/.../724428-first-attempted-voter-fraud.../
Like · Reply · 22 hrs


**Mitch Olsn** · Works at Retired
Oh, rellly do we need to start posting the dems who have been arrested already this year and the multiple Election Depts. that are doing voter fraud investigations as we speek? EVEN in the bluest of blue states like Colorado?
Like · Reply · 19 hrs


**Mike Mcgonigle** · U.S. Navy Radioman "A" School
Mitch Olsn Yes, please start posting all the Democrats who have been arrested this year for voter fraud or supression. How about the lady in Iowa who was arrested for voting twice for Trump at two different places? She did it because she believed Trump that the election is "rigged".
Like · Reply · 17 hrs


**Churyl Minne** · Pittsburgh, Pennsylvania
Mike Mcgonigle A partial list of reports thus far that I have gathered.

http://www.lifezette.com/.../illegal-voters-uncovered.../
http://denver.cbslocal.com/.../cbs4-investigation.../
http://thefederalist.com/.../voter-fraud-real-heres-proof/
https://mediamatters.org/.../joe-scarborough.../213978
http://www.breitbart.com/.../stolen-elections-happened.../
http://chicago.cbslocal.com/.../2-investigators-chicago.../

http://www.infowars.com/maryland-trump-supporter-they.../
http://www.miamiherald.com/.../elec.../article111029767.html... See More

Like · Reply · 6 hrs


**Mike Mcgonigle** · U.S. Navy Radioman "A" School
Any one who is approached by these unauthorized goons should make a loud and ugly scene to rid them from the premises. I will not tolerate this kind of intrusion on my voting rights. Republicans cannot win in a fair fight.

Like · Reply · 👍 2 · 21 hrs


**Randy Heck** · Walsh College
And Demorats never fight fair. Demorats have been put on notice but it will still happen. http://www.wnd.com/.../heres-what-voter-fraud-looks-like.../

Like · Reply · 👍 1 · 21 hrs


**Mike Mcgonigle** · U.S. Navy Radioman "A" School
Randy Heck Walsh College must be a branch of Trump U., right? As for fighting fair or not just try to screw around with me at the polling place and it won't be fair I promise you.

Like · Reply · 21 hrs


**Mitch Olsn** · Works at Retired
Mike, If the Black Panthers can drees up in military garb and carry nigh sticks in fromt of a polling place and that is o.k. This suit does not stand a bats chance in -ell. Besides, in court you need to have a victim...nobdy had been 'intimitaded' as of yet. Pretty tought to get a court to render a decision on something that has not happened yet.

Like · Reply · 19 hrs

Show 1 more reply in this thread ▼


**William L Von Hoene** · Technical Dive Instructor at Self-Employed
Poor little liberals.

Like · Reply · 👍 1 · 21 hrs


**George Stevens**
Alynsky 101: Accuse the enemy of the evil you are doing.
Cockroaches.

Like · Reply · 👍 1 · 21 hrs


**Dorothy Burns**
TRUMP AND PENCE ARE IDIOTS ! NO I AM NOT A DEMOCRAT !!

Like · Reply · 👍 1 · 20 hrs


**Mike Mcgonigle** · U.S. Navy Radioman "A" School
I agree! And I am a Democrat. See how bipartisanship can work?

Like · Reply · 17 hrs


**Churyl Minne** · Pittsburgh, Pennsylvania
HILLARY is corrupt and incompetent and KAINE is a creepy clown. I am an independent. See how this works!

Like · Reply · 6 hrs

**Load 1 more comment**

Facebook Comments Plugin