# Exhibit "2"
# Stop the Steal 527 IRS Form

# Exhibit "2"
# Stop the Steal 527 IRS Form

Form **8871**
(Rev. July 2003)
Department of the Treasury
Internal Revenue Service

# Political Organization Notice of Section 527 Status

OMB No. 1545-1693

## Part I — General Information

**1 Name of organization**
Stop The Steal

**Employer identification number**
81 - 2115618

**2 Mailing address (P.O. box or number, street, and room or suite number)**
3843 S Bristol Street  Suite 312

**City or town, state, and ZIP code**
Santa Ana, CA  92704  -

**3 Check applicable box:** ☐ Initial notice   ✔ Amended notice   ☐ Final notice

**4a Date established**
04/06/2016

**4b Date of material change**
06/03/2016

**5 E-mail address of organization**
no@email

**6a Name of custodian of records**
Brad Boeck

**6b Custodian's address**
3843 S Bristol Street Suite 312
Santa Ana, CA  92704  -

**7a Name of contact person**
Brad Boeck

**7b Contact person's address**
3843 S Bristol Street Suite 312
Santa Ana, CA  92704  -

**8 Business address of organization (if different from mailing address shown above). Number, street, and room or suite number**
3843 S Bristol Street  Suite 312

**City or town, state, and ZIP code**
Santa Ana, CA  92704  -

**9a Election authority**
NONE

**9b Election authority identification number**

## Part II — Notification of Claim of Exemption From Filing Certain Forms (see instructions)

**10a** Is this organization claiming exemption from filing Form 8872, Political Organization Report of Contributions and Expenditures, as a qualified state or local political organization?   Yes ☐   No ✔

**10b** If 'Yes,' list the state where the organization files reports:

**11** Is this organization claiming exemption from filing Form 990 (or 990-EZ), Return of Organization Exempt from Income Tax, as a caucus or associations of state or local officials?   Yes ☐   No ✔

## Part III  Purpose

**12  Describe the purpose of the organization**

To help preserve the integrity and honesty of the delegate selection process to the 2016 Republican National Convention.

| **Part IV** | List of All Related Entities (see instructions) | | |
|---|---|---|---|

13  Check if the organization has no related entities

...................................................................................................................................................................... ✔

| **14a** Name of related entity | **14b** Relationship | **14c** Address |
|---|---|---|

| **Part V** | List of All Officers, Directors, and Highly Compensated Employees (see instructions) | | |
|---|---|---|---|

| **15a** Name | **15b** Title | **15c** Address |
|---|---|---|
| Brad Boeck | Treasurer | 3843 S Bristol Street Suite 312 |
| | | Santa Ana, CA 92704 - |

Under penalties of perjury, I declare that the organization named in Part I is to be treated as a tax-exempt organization described in section 527 of the Internal Revenue Code, and that I have examined this notice, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that I am the official authorized to sign this report, and I am signing by entering my name below.

**Sign Here** ▶

| Brad Boeck | 06/03/2016 |
|---|---|
| Name of authorized official | Date |