# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

NEVADA STATE DEMOCRATIC PARTY,

Plaintiffs,

v.

NEVADA REPUBLICAN PARTY, *et al.*,

Defendants.

Case No. 2:16-cv-02514-RFB-NJK

**ORDER**

On October 30, 2016, Plaintiffs Nevada State Democratic Party filed a complaint alleging present and planned intimidation of voters in the 2016 general election in violation of federal law. ECF No. 1. On November 1, 2016, Plaintiff filed an Emergency Motion for a Temporary Restraining Order. ECF No. 6.

A hearing regarding ECF No. 6 Emergency Motion for a Temporary Restraining Order is set for Wednesday, November 2, 2016 at 3:30 PM in Las Vegas Courtroom 7C before Judge Richard F. Boulware, II.

Defendants, for whom summons have been executed, specifically the Nevada Republican Party and Donald J. Trump for President, Inc., **SHALL APPEAR at this hearing**, prepared to respond orally to the Motion for a Temporary Restraining Order.

Defendants are **ORDERED** to respond in writing to the Motion for a Temporary Restraining Order by 7:30 PM on November 2, 2016. Defendants are further **ORDERED** to attach to their responsive pleadings the following information:

a.) Training material provided to any individuals volunteering with the Defendants or

organized by the Defendants as poll watchers, poll observers, exit pollsters or any other similarly tasked individuals. This includes, but is not limited to, the information sent to individuals who have responded via email or other means to the application or input form attached as Exhibit 3 – "Volunteer To Be A Trump Election Observer Form"

This attachment may be filed UNDER SEAL based upon a representation and supporting legal authority that it may contain proprietary information, workproduct or campaign strategy information.

The Parties **SHALL APPEAR** at a hearing on Thursday November 3, 2016 now set by this Court for 1:00 PM in Courtroom 7C.

Plaintiffs **SHALL SERVE** a copy of this Order on Defendants, no later than 11:00 AM on Wednesday, November 2, 2016, but this order will be in effect even absent such service by precisely 11:00 AM.

**DATED**: November 1, 2016.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**