Bradley S. Schrager (Nevada Bar # 10217)
Don Springmeyer (Nevada Bar # 1021)
**WOLF, RIFKIN, SHAPIRO,**
**SCHULMAN & RABKIN, LLP**
3556 East Russell Road
Las Vegas, NV 89120
(702) 341-5200
Fax #: (702) 341-5300

Marc E. Elias
*Pro Hac Vice pending, will comply with LR*
*IA 11-2 within 1 day*
**PERKINS COIE LLP**
700 13th Street, N.W.
Washington, DC 20005
(202) 654-6200
Fax #: (202) 654-9126

*Attorneys of Record for Plaintiff Nevada State Democratic Party*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA STATE DEMOCRATIC PARTY,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA REPUBLICAN PARTY, DONALD J. TRUMP FOR PRESIDENT, INC., ROGER J. STONE, JR., and STOP THE STEAL INC.,<br><br>Defendants. | Case No. 2:16-cv-02514-RFB-NJK<br><br>**RECEIPT OF COPY** |

/ / /

/ / /

/ / /

**RECEIPT OF COPY**

RECEIPT OF COPY OF the ECF No. 16 Order in Case No. 2:16-cv-02514-RFB-NJK is hereby acknowledged on this 2nd day of November, 2016.

MARQUIS AURBACH COFFING

*[signature]*

Brian Hardy, Esq.
10001 Park Run Dr,
Las Vegas, NV 89145