**Marquis Aurbach Coffing**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com

STATECRAFT PLLC
Kory Langhofer - *Pro Hac Vice Application Pending*
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003
*Counsel for the Nevada Republican Party
and Donald J. Trump for President, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA STATE DEMOCRATIC PARTY,<br><br>                    Plaintiff,<br><br>vs.<br><br>NEVADA REPUBLICAN PARTY, DONALD J. TRUMP FOR PRESIDENT, INC., ROGER J. STONE, JR., and STOP THE STEAL, INC.,<br><br>                    Defendants. | Case No.:   2:16-cv-02514-RFB-NJK<br><br>**SUPPLEMENT TO VERIFIED PETITION TO PRACTICE PRO HAC VICE BY KORY LANGHOFER [ECF NO. 19]** |

      Kory Langhofer hereby supplements the Verified Petition to Practice Pro Hac Vice [ECF No. 19] with the Certificate(s) of Good Standing for the State of Arizona and the District of Columbia are attached hereto as Exhibit 1.

      Attempts have been made to procure a Certificate of Good Standing from the State of New York.[1] However, because original signatures are required and the instant appearance was

/ / /

/ / /

/ / /

/ / /

---

[1] See Exhibit 2.

necessitated by a filing which required less than a 24 hour response time, such could not be procured.

Dated this 2nd day of November, 2016.

                MARQUIS AURBACH COFFING

By: */s/ Brian R. Hardy*
     Brian R. Hardy
     10001 Park Run Drive
     Las Vegas, Nevada 89145

STATECRAFT PLLC
Kory Langhofer
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003
*Pro Hac Vice Application Pending*
     *Counsel for the Nevada Republican Party and Donald J. Trump for President, Inc.*

# Exhibit 1
# CERTIFICATES OF GOOD STANDING

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **KORY ALAN LANGHOFER** duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona November 1, 2006 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this November 2, 2016.

*Amanda McQueen*
Amanda McQueen
Disciplinary Clerk



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## KORY ALAN LANGHOFER

was on     MAY 13, 2016     duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on NOVEMBER 2, 2016.

JULIO A. CASTILLO
Clerk of the Court

By: _____
         (Deputy Clerk)

# Exhibit 2
# STATEMENT REGARDING NY CERTIFICATE OF GOOD STANDING



KORY LANGHOFER
Managing Attorney

November 2, 2016

Attorney Records
Supreme Court of the State of New York
Appellate Division, First Judicial Department
41 Madison Avenue, 26th Floor
New York, N.Y. 10010

Re:     **Certificates of Good Standing**

To Whom It May Concern:

This letter authorizes Sophia Bryan to obtain a certificate of good standing on my behalf. Please do not hesitate to call my cell phone at (602) 571-4275 if there are any issues.

Kory Langhofer

649 North Fourth Avenue
Phoenix, Arizona 85003
www.statecraftlaw.com

**Attorney Records**
**Supreme Court of the State of New York**
**Appellate Division, First Judicial Department**
**41 Madison Avenue [at 26th Street] - 26th Floor**
**New York, N.Y. 10010**

## CERTIFICATE OF GOOD STANDING REQUEST FORM

NAME: Kory Alan Langhofer
(FIRST)          (MIDDLE)          (LAST)

DATE OF ADMISSION (APPROXIMATE): November 2008

BUSINESS NAME AND ADDRESS: (If none, home address)

Statecraft PLLC

649 N. Fourth Ave., Suite B

Phoenix, AZ 85005

Phone: 602-382-4078          E-mail: kory@statecraftlaw.com

Certificates will be issued only if you are current in biennial registration and fees. [OCA Registration Unit: (212) 428-2800]

Date: November 2, 2016

(Signature of Attorney)

Submit this form to the above address along with:

1. A check [drawn on a U.S. Bank] or money order for $5.00 [per certificate requested] payable to "Clerk, Appellate Division"

2. Self-addressed, stamped, return envelope.