**Marquis Aurbach Coffing**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com

STATECRAFT PLLC
Kory Langhofer - *Pro Hac Vice Application Pending*
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003
*Counsel for the Nevada Republican Party*
*and Donald J. Trump for President, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA STATE DEMOCRATIC PARTY, | |
| Plaintiff, | Case No.:    2:16-cv-02514-RFB-NJK |
| vs. | |
| NEVADA REPUBLICAN PARTY, DONALD J. TRUMP FOR PRESIDENT, INC., ROGER J. STONE, JR., and STOP THE STEAL, INC., | |
| Defendants. | |

## <u>DECLARATION OF JESSE LAW</u>

I, Jesse Law, declare as follows:

1.     I am the individual overseeing poll watching training and poll watching activities for Donald J. Trump for President, Inc. (the "Campaign") in Nevada.  I am over the age of 18 years and have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true.  I am competent to testify as to the facts stated herein in a court of law and will so testify if called upon.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

2.    As the individual overseeing the poll watching training and poll watching activities for the Campaign in Nevada, I have personal knowledge of the training methods and materials utilized in providing such training.

3.    All Campaign poll watchers in Nevada are trained utilizing the presentation entitled Nevada Poll Watching Training.  A true and correct copy of the presentation entitled Nevada Poll Watching Training is attached hereto as **Exhibit 1**.

4.    Following the presentation Campaign poll watchers in Nevada are given a handout to take with them entitled What to Look For – Nevada Poll Watcher Guide. A true and correct copy of the handout entitled What to Look For – Nevada Poll Watcher Guide is attached hereto as **Exhibit 2**.

5.    Prior to leaving the training all Campaign trained poll win Nevada are required to complete a questionnaire wherein they can identify their preferences and availability to serve as a poll watcher.  A true and correct copy of the questionnaire is attached hereto as **Exhibit 3**.

6.    To the best of my knowledge, the Nevada Republican Party has no poll watchers but has allowed the respective campaigns to handle all poll watching activities.  The only involvement the Nevada Republican Party has in poll watching activities is receiving periodic reports of any issues and allowing its facilities to be used for training purposes by the respective campaigns.

7.    Pursuant to NRS § 53.045, I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this 6 day of November, 2016.



Jesse Law

# Exhibit 1
# Nevada Poll Watcher Training Slides



# Nevada Poll Watcher Training



We Are Not the Republican National Committee

## Poll Watchers Training

### Poll Watchers Are The First Line Of Defense

- Part of a coordinated system to quickly detect, mitigate, and document unintentional or intentional election-related disruptions that arise during the registration, voting, and counting periods.

- Program goal is to ensure a fair and open process where every person entitled to vote has the opportunity to legally cast a ballot and have that ballot counted properly.



# Poll Watcher Training

## Poll Watchers Do Not . . .

- We do not and will not tolerate any voter intimidation or suppression.

- No person should interfere with any individual's right to legally cast a ballot.

- No person should interfere with or delay the legal voting process.

## Poll Watcher Training

### Rules Regarding Poll Watchers

○ Poll watchers are permitted to:

    ○ Observe the conduct of the election.

    ○ View the posted roster of registered voters in the precinct.
        ○ The roster will be updated at several points during Election Day to reflect who in the precinct has already voted.

    ○ Pose questions directly to poll workers for resolution.

**Rules Regarding Poll Watchers**

o Each poll watcher must sign and file a form with the Secretary of State prior to Election Day.

o Each poll watcher must wear a name tag while in the polling place.

o Poll watchers must remain within the area designated for observation when inside the polling place.

# Poll Watcher Training

## Rules Regarding Poll Watchers

- Poll watchers are prohibited from:
  - Speaking/interacting with any voters.
  - Touching or handling ballots or other voting equipment.
  - Wearing campaign gear (*e.g.*, clothing, buttons, etc.).
  - Using cell phone or other electronic device inside the polling place.
  - Taking photographs or video inside the polling place.
  - Attempting to determine for which candidates a person has voted.
  - Asking for or writing down any personally identifying information about any voter.
  - Challenging or arguing with the decisions of polling place officials
  - Interfering with the orderly conduct of the election



**If You See Something, Say Something**

○ If you see a problem and the poll official does not resolve it quickly, call the Command Center.

Poll Watcher Training

**Rules Regarding Voters**

- Voters are entitled to:
  - Receive a replacement ballot if the original ballot is spoiled.
  - Cast a provisional ballot if registration or identity is in question.
  - Bring voting aid materials (*e.g.*, sample ballot) into the booth.
- Voters are prohibited from:
  - Engaging in any electioneering activity (to include wearing political buttons, pins, hats, etc.) or solicitation within 100 feet of the polling place.
  - Taking photographs or videos inside the polling place

# Poll Watcher Training

## Polling Place Process

- Voters generally are <u>not</u> required to present an I.D. in order to vote.

  - The only exception is that individuals who registered to vote by mail and who have not previously voted at a polling place must present some form of I.D. The I.D. need not contain a photo (a utility bill, paystub, etc. is acceptable).

- The voter must sign the polling place roster. The poll worker then checks the signature against the signature contained in the voter's registration record or the signature on a form of I.D. presented by the voter (*e.g.*, driver's license).

  - If the signatures do not match, the poll worker may ask the voter a series of questions to verify his or her identity.

  - Poll worker verifies that the voter is registered to vote in the precinct and marks his/her name as having voted.

# Poll Watcher Training

## Polling Place Process

- If the poll workers are unable to confirm that a person is registered to vote in the precinct, the voter may vote only by provisional ballot.

  - A voter who presents at the wrong precinct must be informed of his correct precinct and must be informed that any provisional ballot cast at the wrong precinct will not be counted. If the voter chooses to vote in the wrong precinct, he may cast only a provisional ballot.

  - If a voter moved into the precinct before Election Day but has not yet updated his voter registration record, he must vote in his old precinct.

- Voters casting a provisional ballot must complete and sign, in front of poll workers, an affidavit. The poll worker must provide the voter with a receipt that contains a unique identification number for the provisional ballot and information on how the voter can determine whether or not the provisional ballot is counted.

  - The sealed provisional ballot envelope must be placed in a ballot box to be reviewed by the county elections officials before being counted.

Poll Watcher Training

## Voter Challenges

- Poll watchers generally are <u>not</u> permitted to challenge the qualifications of a voter.

  - A poll watcher may, however, challenge a voter if the poll watcher is a registered voter in the precinct where he is serving as an observer.

- There are two permissible reasons for challenging a voter:

  - The voter is not the person s/he claims to be.
  - The voter has already voted in this election.

- Challenged voters will be issued a ballot if they sign an affidavit affirming that they are eligible to vote.  Voters challenged on the basis of their identity must also provide proof of identity.

# Poll Watcher Training

## Issues to Monitor – Hours of Operation

Polls not opening/closing on time.

- Polls must open at 7am.

- Polls close at 7pm. Voters in line by 7pm may vote.

- If a court orders polls to remain open after 7pm, voters must vote provisional ballots that are segregated from all other ballots.

# Poll Watcher Training

## Issues to Monitor – Electioneering Activity

- Campaigning/electioneering/solicitation by any person is prohibited within 100 feet of polling place.

- Wearing political attire/materials or even discussing politics is prohibited.

- The prohibition against electioneering activity applies to all voters, polling place officials and poll watchers.

## Poll Watcher Training

### Issues to Monitor – Improper Voter Assistance

- Voters with a physical disability or who do not speak English may receive assistance in completing and casting their ballot.

- A poll worker or another person chosen by the elector may assist (but not persuade), the voter throughout the voting process.

  - But: a voter's employer or an official of a labor union to which the voter belongs may not provide assistance to a voter

## Poll Watcher Training

### Issues to Monitor – Voter Already Cast Ballot

○ A voter who has already voted an early or absentee ballot is not entitled to vote a regular ballot on Election Day.

○ A voter who has not yet voted an absentee ballot may vote in person if they have returned the ballot to the election board in the voter's precinct.

○ A voter who received an absentee ballot but who has not yet returned it may be given a regular ballot at the polling place if the voter:

    ○ Provides proof of identification
    ○ Signs a sworn affidavit stating

Poll Watcher Training

## Issues to Monitor – Miscellaneous

• Please immediately report any instances of the following:

  • Shortage of ballots.

  • Malfunctioning voter equipment.

  • Unusually long lines.

  • Intimidation/coercion/harassment of voters by any person

## Questions

- If you have questions before Election Day, please contact
- Jesse Law – **702-715-1401**

- NEVADA COMMAND CENTER HOTLINE
- **775-204-0500**

# Exhibit 2
# Nevada Poll Watcher Guide

## What To Look For

# Nevada Poll Watcher Guide

## Rules Regarding Poll Watchers

- ☐ **We do not and will not tolerate any voter intimidation or suppression.**

- ☐ **No person should interfere with any individual's right to legally cast a ballot.**

- ☐ **No person should interfere with or delay the legal voting process.**

- ☐ Poll watchers must fill out acknowledgment form with the County Registrar prior to Poll watching, and must wear a name tag while inside the polling place. The form and name tag is provided at the polling location

- ☐ Poll watchers are permitted to:
  - o Observe the conduct of the election.
  - o View the precinct register to see who has voted and who is registered in the precinct.
  - o Pose questions directly to the polling place officials for resolution.

- ☐ Poll watchers are prohibited from:
  - o Speaking/interacting with any voters.
  - o Wearing campaign gear (*e.g.*, clothing, buttons, etc.).
  - o Touching any ballots or voting equipment.
  - o Taking photographs or videos inside the polling place.
  - o Using cell phones or electronic devices inside the polling place.

☐ Campaigning/electioneering/solicitation by any person is prohibited within 100 feet of polling place.

☐ All persons (including voters) are prohibited from wearing political attire within 100 feet of the polling place.

☐ Voters generally are not required to show an I.D. at the polling place.

☐ If the poll workers are unable to confirm that a voter is registered to vote in the precinct, the voter may only vote a provisional ballot.

  o Voter must complete and sign, in front of the poll worker, an affidavit. The poll worker must indicate why the voter is voting a provisional ballot.

  o The sealed provisional ballot envelope must be placed in a ballot box to be reviewed by the county canvassing board before being counted.

☐ Voters who are physically disabled or who do not speak English may receive voting assistance from either election officials or another person of voter's choosing.

  o If one person (other than a poll worker) is assisting multiple voters, contact the Command Center.

☐ A voter who has already voted an early or mail-in ballot is not entitled to vote a normal ballot on Election Day.

☐ A voter who has been issued an unreturned mail-in ballot may vote a normal ballot only if he (a) provides proof of I.D., and (b) signs an affidavit saying he has not already voted.

☐ Polls close at 7:00 P.M. but voters in line by then may vote.

  o If a court orders polls to remain open after 7:00 P.M., voters must vote provisional ballots that are segregated from all other ballots.

Paid for by Donald J. Trump for President, Inc.

# Exhibit 3
# Questionnaire

# T R U M P
### MAKE AMERICA GREAT AGAIN!

**Name:** _____    **Phone:** _____

**Email:** _____    **Area in LV:** _____

**Address:** _____    **Precinct #:** _____

## Preferred Poll Watch Days/Times:

| 10/26 | AM | PM | 10/27 | AM | PM | 10/28 | AM | PM |

| 10/29 | AM | PM | 10/30 | AM | PM | 10/31 | AM | PM |

| 11/1 | AM | PM | 11/2 | AM | PM | 11/3 | AM | PM |

| 11/4 | AM | PM |   **Tuesday 11/8   7A   11A   3P** |

During early voting, polls open from 8-10:30AM and close as late as 9PM. We ask that you commit to at least 5 hours. Clark County has 28 early vote locations per day and 280 polling locations on November 8. Your participation is crucial to keeping the election fair and honest.

## Will you poll watch for at least 5 hours at a time? _____

## Preferred volunteer location? _____

## Stand for long periods? _____    Notes /other considerations: _____

_____

## Refer more Poll Watchers: _____

_____

In office use

Attorney? _____    Date Trained: _____    Confirm each poll shift: _____

Paid for by Donald J. Trump for President, Inc.