# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

NEVADA DEMOCRATIC PARTY,

                Plaintiff,

   v.

NEVADA REPUBLICAN PARTY, DONALD J. TRUMP FOR PRESIDENT, INC., ROGER J. STONE, JR., STOP THE STEAL INC.,

                Defendants.

Civil Action No. 1:16-cv-2514

## ATTORNEY DECLARATION OF BRADLEY S. SCHRAGER, ESQ.

I, Bradley S. Schrager, being of full age and upon my oath according to law, hereby certify as follows:

I am an Attorney-at-Law of the State of Nevada and a partner in the law firm of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, attorneys for Plaintiff Nevada Democratic Party ("NDP"), in the above-captioned matter. I have personal knowledge of the matters set forth below and am competent to testify.

    1.    Annexed hereto as Exhibit 1 is a true copy of the FEC Schedule B (Form 3X) detailing disbursements from the Nevada Republican Central Committee to Stampede Consulting, LLC.

    2.    Annexed hereto as Exhibit 2 is a true copy of a screenshot of the expenditures made by the Nevada Republican Party Central Committee to Stampede Consulting, LLC, located on the Nevada Secretary of State's Financial Disclosure Statements Search webpage at:

https://nvsos.gov/SOSCandidateServices/AnonymousAccess/CEFDSearchUU/PayeeDetails.aspx?o=Or4Wg22xsfTLZgEwJ0Askw%253d%253d.

3. Annexed hereto as Exhibit 3 is a true copy of the Nevada Republican Central Committee's May 26, 2016 Contributions and Expenses Report detailing disbursements to Stampede Consulting, LLC at page 70.

4. Annexed hereto as Exhibit 4 is a true copy of the Nevada Republican Central Committee's October 18, 2016 Contributions and Expenses Report detailing disbursements to Stampede Consulting, LLC at page 42.

5. Annexed hereto as Exhibit 5 is a true copy of the FEC Schedule B (Form 3X) detailing the Great America Pac's disbursements to Stampede Consulting.

6. Annexed hereto as Exhibit 6 is a true copy of the Declaration of Melissa Alessi, signed on November 2, 2016.

7. Annexed hereto as Exhibit 7 is a true copy of the Declaration of Helen Lauderdale, signed on November 2, 2016.

8. Annexed hereto as Exhibit 8 is a true copy of the Declaration of Scott Forstall, signed on October 31, 2016.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 3, 2016                    Respectfully submitted,

/s/ Bradley S. Schrager

Bradley S. Schrager (Nevada Bar # 10217)
WOLF, RIFKIN, SHAPIRO, SCHULMAN
& RABKIN, LLP
3556 East Russell Road

-3-

                                                Las Vegas, NV 89120
                                                (702) 341-5200
                                                Fax #: (702) 341-5300

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2016 a true and correct copy of **ATTORNEY DECLARATION OF BRADLEY S. SCHRAGER, ESQ**. was served via the United States District Court CM/ECF system on all parties or persons requiring notice, and having access to the electronic filing system referenced.

By. */s/ Amanda R. Callais*
Amanda R. Callais, Attorney at
Perkins Coie, LLP