# Exhibit 1

**SCHEDULE B (FEC Form 3X)**
**ITEMIZED DISBURSEMENTS**

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)
- [ ] 21b  [ ] 22  [ ] 23  [ ] 24  [ ] 25  [ ] 26
- [ ] 27  [ ] 28a  [ ] 28b  [ ] 28c  [ ] 29  [X] 30b

PAGE 147 OF 177

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full): Nevada Republican Central Committee

**A.** Full Name: Plaza Vegas Mini Storage
Mailing Address: 3585 S Highland Dr
City: Las Vegas  State: NV  Zip Code: 89103-5737
Purpose of Disbursement: Rent through July 2016
Date of Disbursement: 04/21/2016
Transaction ID: B66486E87AE4544948ED
Amount of Each Disbursement this Period: 410.00

**B.** Full Name: Stampede Consulting, LLC
Mailing Address: PO Box 91235
City: Austin  State: TX  Zip Code: 78709-1235
Purpose of Disbursement: Grassroots Consulting
Date of Disbursement: 04/21/2016
Transaction ID: BBFCB5472C2CD4BDDA37
Amount of Each Disbursement this Period: 152465.00

**C.** Full Name: Eventbrite
Mailing Address: 651 Brannan St Ste 110
City: San Francisco  State: CA  Zip Code: 94107-1535
Purpose of Disbursement: Processing Fees Convention
Date of Disbursement: 04/25/2016
Transaction ID: B410122E26A6B4030935
Amount of Each Disbursement this Period: 2252.88

SUBTOTAL of Disbursements This Page (optional) ................ ▶ 155127.88

TOTAL This Period (last page this line number only) ................ ▶

FE6AN026                                                    FEC Schedule B (Form 3X) Rev. 12/2015

## SCHEDULE B (FEC Form 3X)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

| 21b | 22 | 23 | 24 | 25 | 26 |
|-----|----|----|----|----|----|
| 27  | 28a | 28b | 28c | 29 | X 30b |

PAGE 68 OF 102

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

**NAME OF COMMITTEE (In Full)**
Nevada Republican Central Committee

---

**A.** Full Name (Last, First, Middle Initial): **i360**

Mailing Address: PO Box 37046

City: Baltimore  State: MD  Zip Code: 21297-3046

Purpose of Disbursement: Portal Set Up Fee

Candidate Name:

Office Sought: ☐ House ☐ Senate ☐ President
Disbursement For: ☐ Primary ☐ General ☐ Other (specify)

Date of Disbursement: 05 / 14 / 2016

Transaction ID: BFDA88C8248AA4734A9A

Amount of Each Disbursement this Period: **2000.00**

☐ Memo Item

---

**B.** Full Name (Last, First, Middle Initial): **QTS Payroll Services**

Mailing Address: 8170 W Sahara Ave Ste 200

City: Las Vegas  State: NV  Zip Code: 89117-1981

Purpose of Disbursement: Payroll Fees

Candidate Name:

Office Sought: ☐ House ☐ Senate ☐ President
Disbursement For: ☐ Primary ☐ General ☐ Other (specify)

Date of Disbursement: 05 / 12 / 2016

Transaction ID: B0328011E2235496FA61

Amount of Each Disbursement this Period: **61.58**

☐ Memo Item

---

**C.** Full Name (Last, First, Middle Initial): **Stampede Consulting, LLC**

Mailing Address: PO Box 91235

City: Austin  State: TX  Zip Code: 78709-1235

Purpose of Disbursement: Grassroots Consulting

Candidate Name:

Office Sought: ☐ House ☐ Senate ☐ President
Disbursement For: ☐ Primary ☐ General ☐ Other (specify)

Date of Disbursement: 05 / 06 / 2016

Transaction ID: BACD7A75E044E4E4E8D0

Amount of Each Disbursement this Period: **100000.00**

☐ Memo Item

---

**SUBTOTAL** of Disbursements This Page (optional) .................................................... ▶ **102061.58**

**TOTAL** This Period (last page this line number only) ............................................... ▶

FE6AN026

FEC **Schedule B (Form 3X)** Rev. 12/2015

## SCHEDULE B (FEC Form 3X)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)
21b ☐  22 ☐  23 ☐  24 ☐  25 ☐  26 ☐
27 ☐  28a ☐  28b ☐  28c ☐  29 ☐  30b ☒

PAGE 45 OF 75

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

**NAME OF COMMITTEE (In Full)**
Nevada Republican Central Committee

---

**A.** Full Name: DETR
Mailing Address: 500 East Third Street
City: Carson City   State: NV   Zip Code: 89713-0001
Purpose of Disbursement: Payroll Costs
Candidate Name:
Office Sought: ☐ House ☐ Senate ☐ President
Disbursement For: ☐ Primary ☐ General ☐ Other (specify)
State:   District:
Date of Disbursement: 06/30/2016
Transaction ID: B04096DB3B1214A1D90B
Amount of Each Disbursement this Period: 3720.90
☐ Memo Item

---

**B.** Full Name: Stampede Consulting, LLC
Mailing Address: PO Box 91235
City: Austin   State: TX   Zip Code: 78709-1235
Purpose of Disbursement: Grassroots Consulting
Candidate Name:
Office Sought: ☐ House ☐ Senate ☐ President
Disbursement For: ☐ Primary ☐ General ☐ Other (specify)
State:   District:
Date of Disbursement: 06/22/2016
Transaction ID: BB487681D3D60497EA2D
Amount of Each Disbursement this Period: 100000.00
☐ Memo Item

---

**C.** Full Name: King Strategic Communications, Inc.
Mailing Address: 750 Cross Pointe Blvd Ste N
City: Gahanna   State: OH   Zip Code: 43230-6693
Purpose of Disbursement: FEA Exempt/Heck Palm Card
Candidate Name:
Office Sought: ☐ House ☐ Senate ☐ President
Disbursement For: ☐ Primary ☐ General ☐ Other (specify)
State:   District:
Date of Disbursement: 06/24/2016
Transaction ID: BEA08A38068F9426CA06
Amount of Each Disbursement this Period: 3122.00
☐ Memo Item

---

**SUBTOTAL** of Disbursements This Page (optional) ................................................ ▶ 106842.90

**TOTAL** This Period (last page this line number only) .......................................... ▶

FE6AN026

FEC **Schedule B (Form 3X)** Rev. 12/2015

# SCHEDULE B (FEC Form 3X)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)
- [ ] 21b  [ ] 22  [ ] 23  [ ] 24  [ ] 25  [ ] 26
- [ ] 27  [ ] 28a  [ ] 28b  [ ] 28c  [ ] 29  [X] 30b

PAGE 51 OF 74

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

**NAME OF COMMITTEE (In Full):** Nevada Republican Central Committee

---

**A.** Full Name: Stampede Consulting, LLC
Mailing Address: PO Box 91235
City: Austin  State: TX  Zip Code: 78709-1235
Purpose of Disbursement: Grassroots Consulting
Date of Disbursement: 07/07/2016
Transaction ID: B740CD79F4BA2447CA8A
Amount of Each Disbursement this Period: 100000.00

---

**B.** Full Name: Internal Revenue Service IRS
Mailing Address: P.O. Box 409101
City: Ogden  State: UT  Zip Code: 84409-9101
Purpose of Disbursement: Payroll Taxes
Date of Disbursement: 07/29/2016
Transaction ID: BD4929700CE884E35A2A
Amount of Each Disbursement this Period: 5477.30

---

**C.** Full Name: Staples Advantage
Mailing Address: Dept LA PO Box 83689
City: Chicago  State: IL  Zip Code: 60696-0001
Purpose of Disbursement: Office Supplies
Date of Disbursement: 07/14/2016
Transaction ID: B70BDB501D41647649B1
Amount of Each Disbursement this Period: 19.52

---

**SUBTOTAL** of Disbursements This Page (optional) ............ ▶ 105496.82

**TOTAL** This Period (last page this line number only) ............ ▶

FE6AN026                           FEC Schedule B (Form 3X) Rev. 12/2015

# SCHEDULE B (FEC Form 3X)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)
21b [ ]  22 [ ]  23 [ ]  24 [ ]  25 [ ]  26 [ ]
27 [ ]  28a [ ]  28b [ ]  28c [ ]  29 [ ]  30b [x]

PAGE 214 OF 288

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

**NAME OF COMMITTEE (In Full):** Nevada Republican Central Committee

---

**A. Full Name:** Internal Revenue Service IRS
- Mailing Address: P.O. Box 409101
- City: Ogden  State: UT  Zip Code: 84409-9101
- Purpose of Disbursement: Payroll Taxes
- Candidate Name:
- Office Sought: [ ] House [ ] Senate [ ] President
- Disbursement For: [ ] Primary [ ] General [ ] Other (specify)
- State:  District:
- Date of Disbursement: 08 / 11 / 2016
- Transaction ID: BC5FFA478ACC549EEA5E
- Amount of Each Disbursement this Period: 327.56
- [ ] Memo Item

---

**B. Full Name:** King Strategic Communications, Inc.
- Mailing Address: 750 Cross Pointe Blvd Ste N
- City: Gahanna  State: OH  Zip Code: 43230-6693
- Purpose of Disbursement: FEA Exempt/Heck Palm Card
- Candidate Name:
- Office Sought: [ ] House [ ] Senate [ ] President
- Disbursement For: [ ] Primary [ ] General [ ] Other (specify)
- State:  District:
- Date of Disbursement: 08 / 22 / 2016
- Transaction ID: B540E05E5695F4ED28A5
- Amount of Each Disbursement this Period: 8575.00
- [ ] Memo Item

---

**C. Full Name:** Stampede Consulting, LLC
- Mailing Address: PO Box 91235
- City: Austin  State: TX  Zip Code: 78709-1235
- Purpose of Disbursement: Grassroots Consulting
- Candidate Name:
- Office Sought: [ ] House [ ] Senate [ ] President
- Disbursement For: [ ] Primary [ ] General [ ] Other (specify)
- State:  District:
- Date of Disbursement: 08 / 04 / 2016
- Transaction ID: B5F9482278D334A1C96F
- Amount of Each Disbursement this Period: 100000.00
- [ ] Memo Item

---

**SUBTOTAL of Disbursements This Page (optional):** 108902.56

**TOTAL This Period (last page this line number only):**

FE6AN026 FEC Schedule B (Form 3X) Rev. 12/2015

# SCHEDULE B (FEC Form 3X)
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)
- [ ] 21b [ ] 22 [ ] 23 [ ] 26 [ ] 27
- [ ] 28a [ ] 28b [ ] 28c [ ] 29 [x] 30b

PAGE 119 OF 186

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

**NAME OF COMMITTEE (In Full):** Nevada Republican Central Committee

---

**A.** Full Name: Stampede Consulting, LLC
Mailing Address: PO Box 91235
City: Austin  State: TX  Zip Code: 78709-1235
Purpose of Disbursement: Grassroots Consulting
Date of Disbursement: 09/01/2016
Transaction ID: BB978DB624
Amount of Each Disbursement this Period: 100000.00

**B.** Full Name: King Strategic Communications, Inc.
Mailing Address: 750 Cross Pointe Blvd Ste N
City: Gahanna  State: OH  Zip Code: 43230-6693
Purpose of Disbursement: FEA Exempt/Heck/Printing_Postage
Date of Disbursement: 09/30/2016
Transaction ID: B9AF001A0C
Amount of Each Disbursement this Period: 3203.45

**C.** Full Name: Direct Mail Systems, Inc.
Mailing Address: 12450 Automobile Blvd
City: Clearwater  State: FL  Zip Code: 33762-4427
Purpose of Disbursement: September Mailing
Date of Disbursement: 09/15/2016
Transaction ID: B7BC5EC34B
Amount of Each Disbursement this Period: 3105.00

---

SUBTOTAL of Disbursements This Page (optional) ........ ▶ 106308.45

TOTAL This Period (last page this line number only) ........ ▶

FEC Schedule B (Form 3X) Rev. 05/2016