**Marquis Aurbach Coffing**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com

STATECRAFT PLLC
Kory Langhofer - *Pro Hac Vice Application Pending*
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003
*Counsel for the Nevada Republican Party
and Donald J. Trump for President, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA STATE DEMOCRATIC PARTY,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA REPUBLICAN PARTY, DONALD J. TRUMP FOR PRESIDENT, INC., ROGER J. STONE, JR., and STOP THE STEAL, INC.,<br><br>Defendants. | Case No.:   2:16-cv-02514-RFB-NJK |

### DECLARATION OF MICHEAL J. McDONALD

I, Michael J. McDonald, declare as follows:

1.  I am the Chairman of the Nevada Republican Party ("NRP") and am over the age of 18 years and have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true. I am competent to testify as to the facts stated herein in a court of law and will so testify if called upon.

2.  The NRP has no poll watchers and does no poll watching training. Rather, the NRP has allowed the respective campaigns to handle and coordinate all poll watching activities

and training in Nevada. The only involvement the NRP has relative to poll watching activities is allowing its facilities to be used for training purposes by the respective campaigns.

3. As Chairman of the NRP, I can affirm there is no coordination between the NRP and Roger Stone or Stop the Steal in Nevada.

4. The NRP has utilized Stampede Consulting during the current election. However, the scope of their services to the NRP does not include any poll watching activities. If Stampede Consulting is providing any poll watching activities, it is doing so on behalf of clients other than the NRP.

5. Pursuant to NRS § 53.045, I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this 3 day of November, 2016.

_____
Michael J. McDonald