Nevada State Democratic Party v. Nevada Republican Party, et al.

## EXHIBITS TO DECLARATION OF DAWN L, SMALLS. ESQ.

### INDEX

| | |
|---|---|
| Exhibit 1 | Guardian article (*Trump Loyalists Plan Own Exit Poll Amid Claims of 'Rigged' Election*), dated October 20, 2016 |
| Exhibit 2 | Form 8871 (Initial), "Section 572 Filings," dated April 6, 2016 |
| Exhibit 3 | Form 8871 (Amended), "Section 572 Filings," dated June 3, 2016 |
| Exhibit 4 | Form 8872, "Section 572 Filings," dated July 15, 2016 |
| Exhibit 5 | Form 8872, "Section 572 Filings," dated October 15, 2016 |
| Exhibit 6 | Form 8872, "Section 572 Filings," dated October 26, 2016. |
| Exhibit 7 | Stop the Steal website home page, accessed on November 1, 2016 |
| Exhibit 8 | Hill article (*Trump Campaign Encouraging Surrogates To Double Down On Ballot Fraud*), dated December 17, 2015 |
| Exhibit 9 | Stone personal website homepage (stonezone.com), accessed on November 1, 2016 |
| Exhibit 10 | Email from Dawn L. Smalls to Stone (stone@stonezone.com), dated November 1, 2016 |
| Exhibit 11 | Email correspondence with McGahn, dated October 31, 2016 |
| Exhibit 12 | Email from Michael J. Gottlieb to McGahn (seeking information about Stone), dated November 1, 2016 |
| Exhibit 13 | Email from Michael J. Gottlieb to McGahn (second attempt to acquire information about Stone), dated November 1, 2016 |
| Exhibit 14 | LawNewz.com article (*Democrats Sue Donald Trump, Roger Stone for Voter Intimidation in 4 States*), dated October 31, 2016 |
| Exhibit 15 | @RogerJStoneJr's tweet on October 31, 2016 at 10:04 P.M. |

# Exhibit 1



# Trump loyalists plan own exit poll amid claims of 'rigged' election

Effort led by Trump confidante and conspiracy theorist Roger Stone targets cities with large minority populations, a tactic experts say could intimidate voters

**Oliver Laughland and Sam Thielman in New York**

Thursday 20 October 2016 17.40 EDT

Donald Trump loyalists will attempt to conduct their own crowd-funded exit polling on election day, ostensibly due to fears that electronic voting machines in certain areas may have been "rigged", the Guardian has learned.

But the effort, led by Trump's notorious informal adviser Roger Stone, will focus on 600 different precincts in nine Democrat-leaning cities with large minority populations, a tactic branded highly irregular by experts, who suggested that organizers could potentially use the polling as a way to intimidate voters.

Stone told the Guardian that around 1,300 volunteers from the controversial Citizens for Trump grassroots coalition would conduct exit polling in Cleveland, Detroit, Philadelphia, Las Vegas, Milwaukee, Fort Lauderdale, Charlotte, Richmond and Fayetteville – all locations in pivotal swing states.

Media organizations and political campaigns conduct exit polling for all major elections, but David Paleologos – a polling expert and director of the Suffolk University Political Research Center – said effective exit polling was done in bellwether precincts, not in areas likely to be dominated by a particular political party.

"It doesn't sound like that's a traditional exit poll," Paleologos said of Stone's planned efforts. "It sounds like that's just gathering data, in heavily Democratic areas for some purpose. It doesn't sound like exit polling."

The Republican nominee said during Wednesday's debate he would keep America "in suspense" over whether he would accept the outcome of the vote on 8 November, and on Thursday he said he would accept only "if I win" or if it is a "clear" result. He has frequently told his supporters that the election is being "rigged" against him, and since August his campaign has been recruiting election observers in anticipation of what he claims could be widespread voter fraud.

On Thursday, Stone, a noted conspiracy theorist, argued that the campaign had focused their efforts to combat the so-called "rigged election" in the wrong area and should instead concentrate on "election theft" via hacked or compromised voting machines.

"To those who say that it would be un-American to challenge the election on the basis that it was rigged, I would argue it would be un-American to have evidence of that rigging and not challenge

the election," Stone said.

Experts have taken several steps to remedy the digital vulnerabilities in voting machines in recent years. Last year at least one voting machine system was found to be substantially insecure. Princeton researcher Jeremy Epstein, now of technology firm SRI, discovered that WinVote machines used in Virginia could be accessed comparatively easily over a Wi-Fi connection through simple passwords. Epstein successfully pushed to have the machines decertified.

Epstein told the Guardian that exit polls in particular were a dangerously inaccurate way to gauge the legitimacy of an election. "There's a lot of evidence that exit polls are not very accurate," Epstein said. "People don't tell the pollsters what they actually did. In this election, depending on the neighborhood, people might not want to admit that they voted for Clinton or that they voted for Trump."

There are already methods in place to determine the accuracy of the results in a contested district. "Roughly 75, 80% of all voters in this election will use paper ballots," Epstein said, "so even if the machines were hacked, we'd have the paper ballots to go back to in most cases, especially in states where they do audits."

The Department of Homeland Security is already taking precautions to make sure election results are not interfered with electronically. "To date, 33 state and 11 county or local election agencies have approached the Department of Homeland Security about our cybersecurity services," the department said in a press release issued 10 October. DHS continues to offer "cyber-hygiene" services to other state or local boards looking for protection against hacking.

Rick Hasen, an election law expert at the University of California, shared Epstein's concerns over using exit polls as way of measuring the legitimacy of an election and warned: "It doesn't sound like a scientific way to do things, nor do I think it's a sound way to ferret out machine problems, it sounds much more like a Roger Stone dirty trick."

Stone, who did not identify the particular precincts volunteers would be targeting, argued that the polling methodology, was "designed by professionals", but was unable to identify who these professionals were. The former Richard Nixon adviser added that the effort was being run by the "Stop the Steal" organization, a group founded by Stone in the lead up to the Republican national convention in July, which organized protests aimed at preventing party delegates from taking the nomination away from Trump.

The Citizens for Trump coalition, which will supply volunteers for the polling, was also present at the Republican convention and organized a large rally in Cleveland alongside a host of fringe organizations, including armed vigilantes group Bikers for Trump and the conspiracy theorist website Infowars.

"It sounds like he's organizing a goon squad that could potentially be intimidating voters in minority areas," said Hasen. "It does raise the threat of violence on election day at polling places. People are going to have to be vigilant."

More news
# Topics
Donald Trump US elections 2016 US politics

Save for later Article saved
Reuse this content

# Exhibit 2

Form **8871**
(Rev. July 2003)

Department of the Treasury
Internal Revenue Service

## Political Organization
## Notice of Section 527 Status

OMB No. 1545-1693

### Part I    General Information

**1  Name of organization**

Stop The Steal

**Employer identification number**

81 - 2115618

**2  Mailing address (P.O. box or number, street, and room or suite number)**

3843 S Bristol Street  Suite 312

**City or town, state, and ZIP code**

Santa Ana, CA  92704  -

**3  Check applicable box:**    ✓ Initial notice    __ Amended notice    __ Final notice

**4a Date established**

04/06/2016

**4b Date of material change**

04/06/2016

**5  E-mail address of organization**

no@email

**6a  Name of custodian of records**

Sarah Rollins

**6b  Custodian's address**

3843 S Bristol Street Suite 312

Santa Ana, CA  92704  -

**7a  Name of contact person**

Sarah Rollins

**7b  Contact person's address**

3843 S Bristol Street Suite 312

Santa Ana, CA  92704  -

**8  Business address of organization (if different from mailing address shown above).   Number, street, and room or suite number**

3843 S Bristol Street  Suite 312

**City or town, state, and ZIP code**

Santa Ana, CA  92704  -

**9a Election authority**

NONE

**9b Election authority identification number**

### Part II    Notification of Claim of Exemption From Filing Certain Forms (see instructions)

**10a** Is this organization claiming exemption from filing Form 8872, Political Organization Report of Contributions and Expenditures, as a qualified state or local political organization?  Yes __  No ✓

**10b**  If 'Yes,' list the state where the organization files reports:

**11**    Is this organization claiming exemption from filing Form 990 (or 990-EZ), Return of Organization Exempt from Income Tax, as a caucus or associations of state or local officials?  Yes __  No ✓

## Part III   Purpose

**12   Describe the purpose of the organization**

To help preserve the integrity and honesty of the delegate selection process to the 2016 Republican National Convention

**Part IV**  List of All Related Entities (see instructions)

13  Check if the organization has no related entities

........................................................................................................................ ✓

| 14a  Name of related entity | 14b  Relationship | 14c  Address |
|---|---|---|

**Part V**  List of All Officers, Directors, and Highly Compensated Employees (see instructions)

| 15a  Name | 15b  Title | 15c  Address |
|---|---|---|
| Sarah Rollins | Treasurer | 3843 S Bristol Street Suite 312 |
| | | Santa Ana, CA 92704 - |

Under penalties of perjury, I declare that the organization named in Part I is to be treated as a tax-exempt organization described in section 527 of the Internal Revenue Code, and that I have examined this notice, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that I am the official authorized to sign this report, and I am signing by entering my name below.

**Sign Here**

Sarah Rollins

_____
Name of authorized official

04/06/2016

_____
Date

# Exhibit 3

Form **8871**
(Rev. July 2003)
Department of the Treasury
Internal Revenue Service

# Political Organization
# Notice of Section 527 Status

OMB No. 1545-1693

## Part I    General Information

**1  Name of organization**

Stop The Steal

**Employer identification number**

81 - 2115618

**2  Mailing address (P.O. box or number, street, and room or suite number)**

3843 S Bristol Street  Suite 312

**City or town, state, and ZIP code**

Santa Ana, CA  92704  -

**3  Check applicable box:**    __ Initial notice    ✓ Amended notice    __ Final notice

**4a Date established**

04/06/2016

**4b Date of material change**

06/03/2016

**5  E-mail address of organization**

no@email

**6a  Name of custodian of records**

Brad Boeck

**6b  Custodian's address**

3843 S Bristol Street Suite 312

Santa Ana, CA  92704  -

**7a  Name of contact person**

Brad Boeck

**7b  Contact person's address**

3843 S Bristol Street Suite 312

Santa Ana, CA  92704  -

**8  Business address of organization (if different from mailing address shown above).   Number, street, and room or suite number**

3843 S Bristol Street  Suite 312

**City or town, state, and ZIP code**

Santa Ana, CA  92704  -

**9a Election authority**

NONE

**9b Election authority identification number**

## Part II    Notification of Claim of Exemption From Filing Certain Forms (see instructions)

**10a**  Is this organization claiming exemption from filing Form 8872, Political Organization Report of Contributions and Expenditures, as a qualified state or local political organization? Yes __ No ✓

**10b**  If 'Yes,' list the state where the organization files reports:

**11**    Is this organization claiming exemption from filing Form 990 (or 990-EZ), Return of Organization Exempt from Income Tax, as a caucus or associations of state or local officials?  Yes __ No ✓

**Part III**   Purpose

12   Describe the purpose of the organization

To help preserve the integrity and honesty of the delegate selection process to the 2016 Republican National Convention.

## Part IV    List of All Related Entities (see instructions)

**13  Check if the organization has no related entities**

................................................................................................................ ✓

| 14a   Name of related entity | 14b   Relationship | 14c   Address |
|---|---|---|
| | | |

## Part V    List of All Officers, Directors, and Highly Compensated Employees (see instructions)

| 15a   Name | 15b   Title | 15c   Address |
|---|---|---|
| Brad Boeck | Treasurer | 3843 S Bristol Street Suite 312 |
| | | Santa Ana, CA 92704 - |

Under penalties of perjury, I declare that the organization named in Part I is to be treated as a tax-exempt organization described in section 527 of the Internal Revenue Code, and that I have examined this notice, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that I am the official authorized to sign this report, and I am signing by entering my name below.

Brad Boeck                                                                    06/03/2016

**Sign Here** ▶ _____     ▶ _____

Name of authorized official                                          Date

# Exhibit 4

1606

Form **8872**

(Rev October 2014)

Department of the Treasury
Internal Revenue Service

### Political Organization
### Report of Contributions and Expenditures

▶ Information about Form 8872 and its instructions is available at *www.irs.gov/form8872*.
▶ Do not enter social security numbers on this form or any attachments to it as they may be made public.

OMB No 1545-0123

**Open to Public Inspection**

| A | For the period beginning | April 8 | , 20 16 | and ending | June 30 | , 20 16 |

| B | Check applicable boxes: | ☑ Initial report | ☐ Change of address | ☐ Amended report | ☐ Final report |

| 1 | Name of organization | | Employer identification number |
| | Stop the Steal | | 81-2115618 |

| 2 | Mailing address (P.O. Box or number, street, and room or suite number) |
| | 3843 S. Bristol Street  Suite 312 |
| | City or town, state or province, country, and ZIP or foreign postal code |
| | Santa Ana, CA 92704 |

| 3 | Email address of organization | | 4 Date organization was formed |
| | | | 4/8/2016 |

| 5a | Name of custodian of records | 5b Custodian's address |
| | Brad Boeck | 3843 S. Bristol Street Suite 312 |
| | | Santa Ana, CA 92704 |

024

JUL 20 2016
RECEIVED ENTITY DEPT

| 6a | Name of contact person | 6b Contact person's address |
| | Brad Boeck | 3843 S. Bristol Street Suite 312 |
| | | Santa Ana, CA 92704 |

| 7 | Business address of organization (if different from mailing address shown above). Number, street, and room or suite number |
| | |
| | City or town, state or province, country, and ZIP or foreign postal code |
| | |

8 Type of report (check only one box)

a ☐ First quarterly report *(due by April 15)*

b ☑ Second quarterly report *(due by July 15)*

c ☐ Third quarterly report *(due by October 15)*

d ☐ Year-end report *(due by January 31)*

e ☐ Mid-year report *(Non-election year only—due by July 31)*

RECEIVED
IRS-OSC
OGDEN, UT

f ☐ Monthly report for the month of: _____
   *(due by the 20th day following the month shown above, except the December report, which is due by January 31)*

g ☐ Pre-election report *(due by the 12th or 15th day before the election)*
   (1) Type of election: _____
   (2) Date of election: _____
   (3) For the state of: _____

h ☐ Post-general election report *(due by the 30th day after general election)*
   (1) Date of election: _____
   (2) For the state of: _____

| 9 | Total amount of reported contributions (total from all attached **Schedules A**) | 9 | 67,654.16 |
| 10 | Total amount of reported expenditures (total from all attached **Schedules B**) | 10 | 4,436.05 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this report, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature of authorized official

7/15/16
Date

For Paperwork Reduction Act Notice, see separate instructions.          Cat. No. 30406G          Form **8872** (Rev. 10-2014)

SCANNED JUL 2 6 2016

04 2 2 7 5 0 3 3     JUL 2 6 '16     NLA



Form 8872 (Rev. 10-2014)

| Schedule A | Itemized Contributions | (DO NOT enter social security numbers on this schedule.) | Schedule A page  1  of  3 |
|---|---|---|---|

| Name of organization | Employer identification number |
|---|---|
| Stop the Steal | 81-2115618 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
|---|---|---|
| Committee to Restore America's Greatness<br>3843 S. Bristol St Suite 312<br>Santa Ana, CA 92704 | NA | |
| | Contributor's occupation | |
| | NA | $            50,000.00 |
| | Aggregate contributions<br>year-to-date . . . . . ▶ | $   50,000.00 | Date of contribution<br>4/6/2016 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
|---|---|---|
| Michael Schroer<br>P. O. Box 377<br>Fremont, OH 43420 | Self-employed | |
| | Contributor's occupation | |
| | Engineer | $             2,000.00 |
| | Aggregate contributions<br>year-to-date . . . . . ▶ | $    2,000.00 | Date of contribution<br>4/12/16 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
|---|---|---|
| Patricia Daniel<br>256 Rancho Alegre Road<br>Santa Fe, NM  87508 | Self-employed | |
| | Contributor's occupation | |
| | Investor | $             1,000.00 |
| | Aggregate contributions<br>year-to-date . . . . . ▶ | $    1,000.00 | Date of contribution<br>4/12/16 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
|---|---|---|
| Wayne Scott<br>650 N Rock Road<br>Ft. Pierce, FL 34945 | Scott Citrus Mgmt Inc. | |
| | Contributor's occupation | |
| | Citrus Grower | $               200.00 |
| | Aggregate contributions<br>year-to-date . . . . . ▶ | $      200.00 | Date of contribution<br>4/12/16 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
|---|---|---|
| Gene Valentine<br>Financial West Group<br>1500 Brinker Road PO Box 31<br>Wellsburg, WV  26070 | Financial West Group | |
| | Contributor's occupation | |
| | Securities Dealer | $               200.00 |
| | Aggregate contributions<br>year-to-date . . . . . ▶ | $      200.00 | Date of contribution<br>4/13/16 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
|---|---|---|
| Ross Kamm<br>708 Pine Road<br>Kemah, TX  77565 | Public Company | |
| | Contributor's occupation | |
| | Vice President | $               200.00 |
| | Aggregate contributions<br>year-to-date . . . . . ▶ | $      200.00 | Date of contribution<br>4/13/16 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
|---|---|---|
| Suzanne Hayes<br>8292 Middle Essex Cv<br>Cordova, TN  38016 | Self-employed | |
| | Contributor's occupation | |
| | Consultant | $               200.00 |
| | Aggregate contributions<br>year-to-date . . . . . ▶ | $      200.00 | Date of contribution<br>4/13/16 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
|---|---|---|
| Kristen Mower<br>120 Via Coronado<br>Rancho Santa Fe, CA 92091 | None | |
| | Contributor's occupation | |
| | Retired | $               100.00 |
| | Aggregate contributions<br>year-to-date . . . . . ▶ | $      100.00 | Date of contribution<br>4/16/16 |

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
|---|---|---|
| Kristen Mower<br>120 Via Coronado<br>Rancho Santa Fe, CA 92091 | None | |
| | Contributor's occupation | |
| | Retired | $               150.00 |
| | Aggregate contributions<br>year-to-date . . . . . ▶ | $      250.00 | Date of contribution<br>5/1/2016 |

Subtotal of contributions reported on this page only. Enter here and also include this amount in the total on line 9 of Form 8872 . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | $            54,050.00

Open to Public Inspection                                    Form **8872** (Rev. 10-2014)

Form 8872 (Rev. 10-2014)

| Schedule B | Itemized Expenditures *(DO NOT enter social security numbers on this schedule.)* | Schedule B page | 2 of 3 |
|---|---|---|---|

| Name of organization | | Employer identification number |
|---|---|---|
| Stop the Steal | | 81-2115618 |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure |
|---|---|---|
| Sarah Rollins<br>3843 S. Bristol Street, Suite 312<br>Santa Ana, Ca 92704 | Stop the Steal | $ 110.50 |
| | Recipient's occupation | Date of expenditure |
| | Treasurer | 4/13/16 |

Purpose of expenditure

Consulting Fees

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure |
|---|---|---|
| Sarah Rollins<br>3843 S. Bristol Street, Suite 312<br>Santa Ana, Ca 92704 | Stop the Steal | $ 276.22 |
| | Recipient's occupation | Date of expenditure |
| | Treasurer | 4/13/16 |

Purpose of expenditure

Expense Reimbursement

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure |
|---|---|---|
| Sarah Rollins<br>3843 S. Bristol Street, Suite 312<br>Santa Ana, Ca 92704 | Stop the Steal | $ 500.00 |
| | Recipient's occupation | Date of expenditure |
| | Treasurer | 4/15/16 |

Purpose of expenditure

Consulting Fees

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure |
|---|---|---|
| Sarah Rollins<br>3843 S. Bristol Street, Suite 312<br>Santa Ana, Ca 92704 | Stop the Steal | $ 500.00 |
| | Recipient's occupation | Date of expenditure |
| | Treasurer | 5/15/16 |

Purpose of expenditure

Consulting Fees

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure |
|---|---|---|
| Paul Nagy<br>P. O. Box 205<br>East Andover, NH 03231 | Information Requested | $ 800.00 |
| | Recipient's occupation | Date of expenditure |
| | Information Requested | 6/8/16 |

Purpose of expenditure

Expense reimbursements for rally

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure |
|---|---|---|
| Jim Baker<br>information requested | Information Requested | $ 1,500.00 |
| | Recipient's occupation | Date of expenditure |
| | Information Requested | 4/14/16 |

Purpose of expenditure

Expense reimbursements for rally

Subtotal of expenditures reported on this page only. Enter here and also include this amount in the total on line 10 of Form 8872 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | $ 3,688.72

Open to Public Inspection

Form **8872** (Rev 10-2014)

Form 8872 (Rev. 10-2014)

| Schedule A | Itemized Contributions (*DO NOT enter social security numbers on this schedule.*) | Schedule A page 3 of 3 |
|---|---|---|

Name of organization
**Stop the Steal**

Employer identification number
81-2115618

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
|---|---|---|
| **Aggregate below Threshold** | N/A | |
| | Contributor's occupation | |
| | N/A | $ 9,704.00 |
| | Aggregate contributions year-to-date ▶ $ 9,704.00 | Date of contribution 6/30/2016 |
| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| | Contributor's occupation | |
| | | $ |
| | Aggregate contributions year-to-date ▶ $ | Date of contribution |
| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| | Contributor's occupation | |
| | | $ |
| | Aggregate contributions year-to-date ▶ $ | Date of contribution |
| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| | Contributor's occupation | |
| | | $ |
| | Aggregate contributions year-to-date ▶ $ | Date of contribution |
| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| | Contributor's occupation | |
| | | $ |
| | Aggregate contributions year-to-date ▶ $ | Date of contribution |
| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| | Contributor's occupation | |
| | | $ |
| | Aggregate contributions year-to-date ▶ $ | Date of contribution |
| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| | Contributor's occupation | |
| | | $ |
| | Aggregate contributions year-to-date ▶ $ | Date of contribution |
| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| | Contributor's occupation | |
| | | $ |
| | Aggregate contributions year-to-date ▶ $ | Date of contribution |
| Contributor's name, mailing address and ZIP code | Name of contributor's employer | Amount of contribution |
| | Contributor's occupation | |
| | | $ |
| | Aggregate contributions year-to-date ▶ $ | Date of contribution |

Subtotal of contributions reported on this page only. Enter here and also include this amount in the total on line 9 of Form 8872 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | $ 9,704.00

**Open to Public Inspection**

Form **8872** (Rev. 10-2014)

Form 8872 (Rev. 10-2014)

| Schedule B | Itemized Expenditures *(DO NOT enter social security numbers on this schedule.)* | Schedule B page | 2 | of | 3 |

Name of organization

**Stop the Steal**

Employer identification number

**81-2115618**

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure |
|---|---|---|
| **Sarah Rollins**<br>**3843 S. Bristol Street, Suite 312**<br>**Santa Ana, Ca 92704** | **Stop the Steal** | $ 110.50 |
| | Recipient's occupation | Date of expenditure |
| | **Treasurer** | **4/13/16** |

Purpose of expenditure

**Consulting Fees**

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure |
|---|---|---|
| **Sarah Rollins**<br>**3843 S. Bristol Street, Suite 312**<br>**Santa Ana, Ca 92704** | **Stop the Steal** | $ 276.22 |
| | Recipient's occupation | Date of expenditure |
| | **Treasurer** | **4/13/16** |

Purpose of expenditure

**Expense Reimbursement**

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure |
|---|---|---|
| **Sarah Rollins**<br>**3843 S. Bristol Street, Suite 312**<br>**Santa Ana, Ca 92704** | **Stop the Steal** | $ 500.00 |
| | Recipient's occupation | Date of expenditure |
| | **Treasurer** | **4/15/16** |

Purpose of expenditure

**Consulting Fees**

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure |
|---|---|---|
| **Sarah Rollins**<br>**3843 S. Bristol Street, Suite 312**<br>**Santa Ana, Ca 92704** | **Stop the Steal** | $ 500.00 |
| | Recipient's occupation | Date of expenditure |
| | **Treasurer** | **5/15/16** |

Purpose of expenditure

**Consulting Fees**

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure |
|---|---|---|
| **Paul Nagy**<br>**P. O. Box 205**<br>**East Andover, NH  03231** | **Information Requested** | $ 800.00 |
| | Recipient's occupation | Date of expenditure |
| | **Information Requested** | **6/8/16** |

Purpose of expenditure

**Expense reimbursements for rally**

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure |
|---|---|---|
| **Jim Baker**<br>**information requested** | **Information Requested** | $ 1,500.00 |
| | Recipient's occupation | Date of expenditure |
| | **Information Requested** | **4/14/16** |

Purpose of expenditure

**Expense reimbursements for rally**

Subtotal of expenditures reported on this page only. Enter here and also include this amount in the total on line 10 of Form 8872 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ▶ | $ 3,688.72

Open to Public Inspection

Form **8872** (Rev. 10-2014)

Form 8872 (Rev 10-2014)

| Schedule B | Itemized Expenditures *(DO NOT enter social security numbers on this schedule.)* | | Schedule B page | 2 | of | 2 |

| Name of organization | Employer Identification number |
|---|---|
| Stop the Steal | 81-2115618 |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure |
|---|---|---|
| Democracy Engine<br>2125 Fourteenth Street NW<br>Washington, DC 20009 | NA | $ 659.45 |
| | Recipient's occupation | Date of expenditure |
| | NA | 5/29/16 |

Purpose of expenditure

Contributions processing

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure |
|---|---|---|
| Democracy Engine<br>2125 Fourteenth Street NW<br>Washington, DC 20009 | NA | $ 49.88 |
| | Recipient's occupation | Date of expenditure |
| | NA | 6/30/16 |

Purpose of expenditure

Contributions Processing

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure |
|---|---|---|
| Aggregate below Threshold | NA | $ 40.00 |
| | Recipient's occupation | Date of expenditure |
| | NA | |

Purpose of expenditure

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure |
|---|---|---|
| | | $ |
| | Recipient's occupation | Date of expenditure |
| | | |

Purpose of expenditure

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure |
|---|---|---|
| | | $ |
| | Recipient's occupation | Date of expenditure |
| | | |

Purpose of expenditure

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of expenditure |
|---|---|---|
| | | $ |
| | Recipient's occupation | Date of expenditure |
| | | |

Purpose of expenditure

| Subtotal of expenditures reported on this page only. Enter here and also include this amount in the total on line 10 of Form 8872 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | $ 749.33 |
|---|---|

Open to Public Inspection

Form **8872** (Rev. 10-2014)

# Exhibit 5

Form **8872**
(November 2002)
Department of the Treasury
Internal Revenue Service

# Political Organization
## Report of Contributions and Expenditures

▶ See separate instructions.

OMB No. 1545-1696

**A** For the period beginning  07/01/2016    and ending  09/30/2016

**B  Check applicable box:**    ✓ Initial report    __ Change of address    __ Amended report    __ Final report

| | |
|---|---|
| **1  Name of organization**<br>Stop The Steal | **Employer identification number**<br>81 - 2115618 |

**2  Mailing address (P.O. box or number, street, and room or suite number)**
3843 S Bristol Street Suite 312

**City or town, state, and ZIP code**
Santa Ana, CA 92704

| | |
|---|---|
| **3  E-mail address of organization:**<br>no@email | **4  Date organization was formed:**<br>04/06/2016 |

| | |
|---|---|
| **5a  Name of custodian of records**<br>Brad Boeck | **5b  Custodian's address**<br>3843 S Bristol Street Suite 312<br>Santa Ana, CA 92704 |

| | |
|---|---|
| **6a  Name of contact person**<br>Brad Boeck | **6b  Contact person's address**<br>3843 S Bristol Street Suite 312<br>Santa Ana, CA 92704 |

**7  Business address of organization (if different from mailing address shown above).  Number, street, and room or suite number**
3843 S Bristol Street Suite 312

**City or town, state, and ZIP code**
Santa Ana, CA 92704

**8 Type of report (check only one box)**

__ First quarterly report
   (due by April 15)
__ Second quarterly report
   (due by July 15)
✓ Third quarterly report
   (due by October 15)
__ Year-end report
   (due by January 31)
__ Mid-year report (Non-election
   year only-due by July 31)

__ Monthly report for the month of:
   (due by the 20th day following the month shown above, except the
   December report, which is due by January 31)
__ Pre-election report (due by the 12th or 15th day before the election)
   (1) Type of election:
   (2) Date of election:
   (3) For the state of:
__ Post-general election report (due by the 30th day after general election)
   (1) Date of election:
   (2) For the state of:

**9**  Total amount of reported contributions (total from all attached Schedules A) ............................ **9.** $ 7162

**10**  Total amount of reported expenditures (total from all attached Schedules B) ............................ **10.** $ 63332

Under penalties of perjury, I declare that I have examined this report, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

**Sign Here** ▶

Brad Boeck

_____
Signature of authorized official

10/15/2016

_____
Date

Form 8872 (11-2002)

| Schedule A | Itemized Contributions | Schedule A |
|---|---|---|

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| Aggregate below the threshold<br>NA  NA<br>NA, CA 92626 - | NA<br>**Contributor's occupation**<br>NA<br>**Aggregate contributions year-to-date**<br>$ 14816 | **Amount of contribution**<br>$ 5262<br>**Date of contribution**<br>09/29/2016 |
| **Contributor's name, mailing address and ZIP code**<br>Laura Gutman<br>310 Walls Street<br>Durham, NC 27701 - | **Name of contributor's employer**<br>Self employed<br>**Contributor's occupation**<br>Medical doctor<br>**Aggregate contributions year-to-date**<br>$ 250 | **Amount of contribution**<br>$ 250<br>**Date of contribution**<br>09/09/2016 |
| **Contributor's name, mailing address and ZIP code**<br>John Saliga<br>1930 Atchison Avenue<br>Whiting, IN 46394 - | **Name of contributor's employer**<br>Retired<br>**Contributor's occupation**<br>Retired<br>**Aggregate contributions year-to-date**<br>$ 200 | **Amount of contribution**<br>$ 200<br>**Date of contribution**<br>07/18/2016 |
| **Contributor's name, mailing address and ZIP code**<br>Paul Rapanault<br>5 Oak Hill<br>North Bramford, CT 06471 - | **Name of contributor's employer**<br>Retired<br>**Contributor's occupation**<br>Retired<br>**Aggregate contributions year-to-date**<br>$ 300 | **Amount of contribution**<br>$ 100<br>**Date of contribution**<br>09/09/2016 |
| **Contributor's name, mailing address and ZIP code**<br>Brian Nelson<br>12000 SW 14th St<br>Roca, NE 68430 - | **Name of contributor's employer**<br>Self employed<br>**Contributor's occupation**<br>Trucking<br>**Aggregate contributions year-to-date**<br>$ 200 | **Amount of contribution**<br>$ 200<br>**Date of contribution**<br>07/16/2016 |
| **Contributor's name, mailing address and ZIP code**<br>Will Miskall<br>7614 General Meade Lane<br>Saint Louis, MO 63123 - | **Name of contributor's employer**<br>Self employed<br>**Contributor's occupation**<br>Real Estate<br>**Aggregate contributions year-to-date**<br>$ 500 | **Amount of contribution**<br>$ 500<br>**Date of contribution**<br>09/14/2016 |
| **Contributor's name, mailing address and ZIP code**<br>William Belcher<br>86177 Vegas Blvd<br>Yulee, FL 32097 - | **Name of contributor's employer**<br>Gemini Motor Transport<br>**Contributor's occupation**<br>Driver<br>**Aggregate contributions year-to-date**<br>$ 200 | **Amount of contribution**<br>$ 150<br>**Date of contribution**<br>09/11/2016 |
| **Contributor's name, mailing address and ZIP code**<br>Robert Palatchi<br>954 Ridgefield Road<br>Hamilton, OH 45013 - | **Name of contributor's employer**<br>Ultimate Underground<br>**Contributor's occupation**<br>Phone cable buyer<br>**Aggregate contributions year-to-date**<br>$ 500 | **Amount of contribution**<br>$ 500<br>**Date of contribution**<br>09/03/2016 |

Form 8872 (11-2002)

| **Schedule B** | **Itemized Expenditures** | Schedule B |
|---|---|---|

| **Recipient's name, mailing address and ZIP code** | **Name of recipient's employer** | **Amount of Expenditure** |
|---|---|---|
| Aggregate below threshold | NA | $ 56 |
| NA | **Recipients's occupation** | **Date of expenditure** |
| NA, CA 92626 - | NA | 09/29/2016 |

**Purpose of expenditure**
Miscellaneous fees for the quarter

| **Recipient's name, mailing address and ZIP code** | **Name of recipient's employer** | **Amount of Expenditure** |
|---|---|---|
| Democracy Engine | NA | $ 276 |
| 2125 Fourteenth Street NW | **Recipients's occupation** | **Date of expenditure** |
| Washington , DC 20009 - | NA | 09/29/2016 |

**Purpose of expenditure**
Contributions processing fee for quarter

| **Recipient's name, mailing address and ZIP code** | **Name of recipient's employer** | **Amount of Expenditure** |
|---|---|---|
| Committee to Restore America's Greatness | NA | $ 63000 |
| 3843 S Bristol Street  Suite 312 | **Recipients's occupation** | **Date of expenditure** |
| Santa Ana, CA 92704 | NA | 07/12/2016 |

**Purpose of expenditure**
To provide for programs of Stop the Steal

# Exhibit 6

Form **8872**

(November 2002)

Department of the Treasury
Internal Revenue Service

# Political Organization
## Report of Contributions and Expenditures

▶ See separate instructions.

OMB No. 1545-1696

**A  For the period beginning**  10/01/2016        **and ending**  10/19/2016

**B  Check applicable box:**    ✓  Initial report    __ Change of address    __ Amended report    __ Final report

| **1  Name of organization** Stop The Steal | **Employer identification number** 81 - 2115618 |
|---|---|

**2  Mailing address (P.O. box or number, street, and room or suite number)**
3843 S Bristol Street Suite 312

**City or town, state, and ZIP code**
Santa Ana, CA 92704

| **3  E-mail address of organization:** no@email | **4  Date organization was formed:** 04/06/2016 |
|---|---|

| **5a  Name of custodian of records** Brad Boeck | **5b  Custodian's address** 3843 S Bristol Street Suite 312 Santa Ana, CA 92704 |
|---|---|

| **6a  Name of contact person** Brad Boeck | **6b  Contact person's address** 3843 S Bristol Street Suite 312 Santa Ana, CA 92704 |
|---|---|

**7  Business address of organization (if different from mailing address shown above).  Number, street, and room or suite number**
3843 S Bristol Street Suite 312

**City or town, state, and ZIP code**
Santa Ana, CA 92704

**8  Type of report (check only one box)**

__ First quarterly report
   (due by April 15)
__ Second quarterly report
   (due by July 15)
__ Third quarterly report
   (due by October 15)
__ Year-end report
   (due by January 31)
__ Mid-year report (Non-election
   year only-due by July 31)

__ Monthly report for the month of:
   (due by the 20th day following the month shown above, except the
   December report, which is due by January 31)
✓ Pre-election report (due by the 12th or 15th day before the election)
   (1) Type of election:  general
   (2) Date of election:  11/08/2016
   (3) For the state of:  CA
__ Post-general election report (due by the 30th day after general election)
   (1) Date of election:
   (2) For the state of:

**9  Total amount of reported contributions** (total from all attached Schedules A) ................................................ **9.** $ 7365

**10  Total amount of reported expenditures** (total from all attached Schedules B)................................................ **10.** $ 5300

Under penalties of perjury, I declare that I have examined this report, including accompanying schedules and statements, and to the best of my knowledge
and belief, it is true, correct, and complete.

**Sign Here**

Brad Boeck

_____
Signature of authorized official

10/26/2016

_____
Date

Form 8872 (11-2002)

## Schedule A    Itemized Contributions

Schedule A

| Contributor's name, mailing address and ZIP code | Name of contributor's employer | |
|---|---|---|
| **Contributor's name, mailing address and ZIP code**<br>Aggregate below the threshold<br>NA<br>NA, CA 92626 - | **Name of contributor's employer**<br>NA<br>**Contributor's occupation**<br>NA<br>**Aggregate contributions year-to-date**<br>$ 4515 | **Amount of contribution**<br>$ 4515<br>**Date of contribution**<br>10/19/2016 |
| **Contributor's name, mailing address and ZIP code**<br>Helen Lin<br>2513 Champions Corner<br>Leander, TX 78641 - | **Name of contributor's employer**<br>Retired<br>**Contributor's occupation**<br>Retired<br>**Aggregate contributions year-to-date**<br>$ 200 | **Amount of contribution**<br>$ 200<br>**Date of contribution**<br>10/15/2016 |
| **Contributor's name, mailing address and ZIP code**<br>Anton Krell<br>Berth Cove 06-27<br>Singapore, WA 98616 - | **Name of contributor's employer**<br>Institute of Trading<br>**Contributor's occupation**<br>Managing Partner<br>**Aggregate contributions year-to-date**<br>$ 1000 | **Amount of contribution**<br>$ 1000<br>**Date of contribution**<br>10/15/2016 |
| **Contributor's name, mailing address and ZIP code**<br>Erik Foster<br>311 Maybrook Dr<br>Buda, TX 78610 - | **Name of contributor's employer**<br>AT and T<br>**Contributor's occupation**<br>Technician<br>**Aggregate contributions year-to-date**<br>$ 500 | **Amount of contribution**<br>$ 500<br>**Date of contribution**<br>10/17/2016 |
| **Contributor's name, mailing address and ZIP code**<br>Donald Ausmus<br>9601 N. 10th Street  Unit1<br>McAllen, TX 78504 - | **Name of contributor's employer**<br>Retired<br>**Contributor's occupation**<br>Retired<br>**Aggregate contributions year-to-date**<br>$ 200 | **Amount of contribution**<br>$ 100<br>**Date of contribution**<br>10/08/2016 |
| **Contributor's name, mailing address and ZIP code**<br>Julian Webb<br>19 Quirk Ct<br>Newton, MA 02458 - | **Name of contributor's employer**<br>M. Siedman, Inc.<br>**Contributor's occupation**<br>Accountant<br>**Aggregate contributions year-to-date**<br>$ 500 | **Amount of contribution**<br>$ 500<br>**Date of contribution**<br>10/15/2016 |
| **Contributor's name, mailing address and ZIP code**<br>Giles Wormser<br>Dorfstrasse 27<br>Fruesisberg, NJ 08835 - | **Name of contributor's employer**<br>Swiss Investment Corp<br>**Contributor's occupation**<br>Executive<br>**Aggregate contributions year-to-date**<br>$ 500 | **Amount of contribution**<br>$ 500<br>**Date of contribution**<br>10/15/2016 |
| **Contributor's name, mailing address and ZIP code**<br>William Belcher<br>86177 Vegas Blvd<br>Yulee, FL 32097 - | **Name of contributor's employer**<br>Gemini Motor Transport<br>**Contributor's occupation**<br>Driver<br>**Aggregate contributions year-to-date**<br>$ 250 | **Amount of contribution**<br>$ 50<br>**Date of contribution**<br>10/06/2016 |

Form 8872 (11-2002)

| Schedule B | Itemized Expenditures | | Schedule B |
| --- | --- | --- | --- |

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
| --- | --- | --- |
| Democracy Engine | NA | $ 300 |
| 2125 Fourteenth Street NW | **Recipients's occupation** | **Date of expenditure** |
| Washington, DC 20009 - | NA | 10/19/2016 |

**Purpose of expenditure**
Contributions processing fees

| Recipient's name, mailing address and ZIP code | Name of recipient's employer | Amount of Expenditure |
| --- | --- | --- |
| A. Miller Research | NA | $ 5000 |
| 6563 E Paseo El Greco | **Recipients's occupation** | **Date of expenditure** |
| Anaheim Hills, CA 92807 - | NA | 10/13/2016 |

**Purpose of expenditure**
Consulting Fees

# Exhibit 7



STOP THE STEAL

Defend the Donald Blogger    About    News    Citizen Toolbox    Exit Poll    States    Sign In

by NEIL MUNRO

2057
SHARES

f Share    Tweet

Paid for by Stop the Steal (stopthesteal.org) and not authorized by any candidate or candidate's committee. Contributions are not deductible for federal income tax purposes as charitable contributions, and will be used in connection with federal elections. Federal law requires us to use our best efforts to collect and report the name, mailing address, occupation and name of employer of individuals whose contributions exceed $200 in a calendar year.

Contact Info

info@stopthesteal.org

© 2016 Stop The Steal Inc.
3843 South Bristol Street Suite 312
Santa Ana, CA 92704

Designed by Elegant Themes | Powered by WordPress

# Exhibit 8

AdChoices▷



December 17, 2015, 03:33 pm

# Trump ally launches super-PAC

By Jonathan Easley



Getty Images

Controversial political consultant Roger Stone, who left **Donald Trump**'s campaign in August, has launched a super-PAC to support the GOP front-runner's bid by taking aim at his rivals — **Marco Rubio** in particular.

**In an open letter** on the website for the Committee to Restore America's Greatness, Stone alleges that the Republican establishment seeks to take down Trump.

"The Washington, D.C. insiders, special interests, lobbyists and a handful of self-interested billionaires plan an all-out paid media assault to destroy the candidacy of Donald Trump," Stone writes.

He directs the bulk of his fire at Rubio, calling him a "boy-toy for billionaires" and claiming that the Florida senator, "backed by a number of high-powered billionaires, has entered into a secret alliance with Governor John Kasich of Ohio" to defeat Trump.

"So, there you have it," Stone writes. "The RINOs (Republicans in Name Only), Rubio and Kasich, are teaming up for an expensive attack campaign in an attempt to destroy the candidacy of Donald Trump. Will you help us stop them?"

The **Wall Street Journal** first reported the news.

Stone is a colorful and enigmatic figure.

He flaunts his decadent lifestyle, and has claimed credit for contributing to the demise of former New York Attorney General Eliot Spitzer's demise, saying he provided key information to the FBI about Spitzer's prostitution scandal.

He has also worked for the campaigns of former Presidents Reagan and Nixon.

Stone and Trump appear to have a combustible relationship.

"Roger is a **stone-cold loser**," Trump told The New Yorker in 2008. "He always tries taking credit for things he never did."

But Stone worked as an adviser to Trump's campaign earlier this year, **before leaving** under odd circumstances.

Trump has so far made a point of rejecting the help of super-PACs, arguing that he's the only candidate not benefiting from the support of outside groups and claiming that because he's self-funding his campaign, he's the only one not beholden to special interests.

The super-PAC seeks a way around this.

"We are only accepting contributions from individuals," the group's website states. "Any corporate or business contributions will be returned."

A phone call to the Trump campaign has not been returned.

**TAGS: Donald Trump, Marco Rubio**

The Hill 1625 K Street, NW Suite 900 Washington DC 20006 | 202-628-8500 tel | 202-628-8503 fax
The contents of this site are ©2016 Capitol Hill Publishing Corp., a subsidiary of News Communications, Inc.

# Exhibit 9



STUDY GAME **STRONG**
#CONQUERCOLLEGE with Chegg Tutors and Chegg Study    Chegg

SUBSCRIBE



ABOUT THE ZONE    PODCAST    STONE-TV    ARTICLES



THE **STONEZONE**

contact:
Roger Stone

stone@stonezone.com

Miami Beach, FL
New York, NY

▶ **TAKE A LOOK**

- **LEAKED: Secret Brain Drug Stirs Controversy**
- **Big Bang Theory To End! Kaley Reveals The Shocking Reason**
- **15 Cancer Causing Foods You Probably Eat Every Day**
- **7x Lotto Winner: Lottery Isn't As Random As You Think**
- **New Denture Technology Now Available to Public**
- **Barb Walters Sits Down With Dr Oz: Viewers Left Speechless!**
- **Dwayne "The Rock" Johnson is Gone!**
- **No Need to Diet or Go to the Gym If You Do This Before Bed**
- **#1 Tinnitus Method "Ends" The Ringing**
- **The Diabetes Breakthrough Your Doctor Won't Tell You**

Powered by **Newsmax**

Roger Stone: The Stone Zone









**The Life and Times of Dick Nixon**

The Style of Ronald Reagan





Roger Stone: The Stone Zone











© 2016 StoneZone.com      |      contact

# Exhibit 10

## Dawn Smalls

| | |
|---|---|
| **From:** | Dawn Smalls |
| **Sent:** | Tuesday, November 01, 2016 4:23 PM |
| **To:** | 'stone@stonezone.com' |
| **Cc:** | Michael J. Gottlieb (mgottlieb@bsfllp.com); 'Joshua L. Kaul (Perkins Coie)' |
| **Subject:** | FW: Ohio Democratic Party v. Donald J. Trump For President, Inc. (Case: 1:16-cv-02645) |
| **Attachments:** | 16-2514 - As Filed Complaint.pdf; 2016.11.01 (7) -- Initial Standing Order.pdf; 2016-10-31 Dkt 7 Order.pdf; 4-1.pdf; 4-main.pdf; Complaint.pdf; Complaint.pdf; ODP v Trump Complaint.pdf; R Stone summons.pdf; Roger Stone Summons.pdf; Stop the Steal Summons.pdf; Stop the steal summons.pdf; Summons - Roger J. Stone, Jr.pdf; Summons - Stop the Steal, Inc.pdf; Activity in Case 1:16-cv-02645-JG Ohio Democratic Party v. Ohio Republican Party et al Order |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | 'stone@stonezone.com' | |
| | Michael J. Gottlieb (mgottlieb@bsfllp.com) | Delivered: 11/1/2016 4:23 PM |
| | 'Joshua L. Kaul (Perkins Coie)' | |

Mr. Stone,

In my prior message, I omitted the Order issued in the Arizona action. Please find attached the complaint and summons for the actions in Ohio, Pennsylvania, Nevada, and Arizona, as well as the orders that have been issued by the assigned judge in the Arizona, Ohio and Pennsylvania matters.

Thank you.

Dawn Smalls

**From:** Dawn Smalls
**Sent:** Tuesday, November 01, 2016 4:14 PM
**To:** 'stone@stonezone.com'
**Cc:** Michael J. Gottlieb (mgottlieb@bsfllp.com); 'Joshua L. Kaul (Perkins Coie)'
**Subject:** Ohio Democratic Party v. Donald J. Trump For President, Inc. (Case: 1:16-cv-02645)

Mr. Stone,

Please find attached the complaint and summons in the above-captioned matter, as well as for the actions in Pennsylvania, Nevada, and Arizona. I also attach for your reference orders that have been issued by the assigned judge in the Ohio and Pennsylvania matters.

Dawn Smalls

Dawn L. Smalls
Partner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Ave
New York, NY 10022

1

212-754-4216 (Direct)
212-446-2350 (Fax)
dsmalls@bsfllp.com
www.bsfllp.com

# Exhibit 11

## Dawn Smalls

| | |
|---|---|
| **From:** | Michael Gottlieb |
| **Sent:** | Monday, October 31, 2016 5:40 PM |
| **To:** | Donald F McGahn |
| **Cc:** | Dawn Smalls; Kaul, Joshua L. (Perkins Coie) (JKaul@perkinscoie.com) |
| **Subject:** | RE: Ohio Democratic Party v. Donald J. Trump For President, Inc. (Case: 1:16-cv-02645) |
| **Attachments:** | D Trump for Pres summons.pdf; 16-2514 - As Filed Complaint.pdf |

Mr. McGahn,

I attach the complaint and summons in the Nevada action.

Respectfully,

MICHAEL J. GOTTLIEB
BOIES, SCHILLER & FLEXNER LLP
5301 WISCONSIN AVENUE NW
WASHINGTON, DC 20015
(202) 237-9617 (OFFICE)
(202) 744-0858 (MOBILE)
MGOTTLIEB@BSFLLP.COM

**From:** Donald F McGahn [mailto:dmcgahn@jonesday.com]
**Sent:** Monday, October 31, 2016 3:17 PM
**To:** Michael Gottlieb
**Cc:** Dawn Smalls; Kaul, Joshua L. (Perkins Coie) (JKaul@perkinscoie.com)
**Subject:** Re: Ohio Democratic Party v. Donald J. Trump For President, Inc. (Case: 1:16-cv-02645)

Mr. Gottlieb:

I will accept service of process in these cases on behalf of Donald J. Trump for President, Inc. on one condition.  We will need to retain local counsel to defend them and until someone has entered appearances in these cases on the campaign's behalf, I ask that you or one of your associates please notify me of any court deadlines or other dates.

I hope to have counsel retained soon after service, but it may take a day or two.

Thank you,

Donald F. McGahn II
JONES DAY® - One Firm Worldwide℠
51 Louisiana Ave., NW
Washington, DC, 20001
Office +1.202.879.3748
dmcgahn@jonesday.com

From:    Michael Gottlieb <MGottlieb@BSFLLP.com>
To:      "dmcgahn@jonesday.com" <dmcgahn@jonesday.com>
Cc:      "Kaul, Joshua L. (Perkins Coie) (JKaul@perkinscoie.com)" <JKaul@perkinscoie.com>, Dawn Smalls <DSmalls@BSFLLP.com>

1

Date:      10/31/2016 02:05 PM
Subject:   Ohio Democratic Party v. Donald J. Trump For President, Inc. (Case: 1:16-cv-02645)

Dear Mr. McGahn,

As you may know, our law firms represent the Ohio Democratic Party in litigation brought against several defendants, including Donald J. Trump for President, Inc., in the Northern District of Ohio. We also represent the parties involved in litigation by other state parties against defendants including the Trump for President, Inc., in other jurisdictions. Would you kindly advise at your earliest convenience whether you will accept service on behalf of the Trump for President, Inc.?

Respectfully,

**Michael J. Gottlieb**
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue NW
Washington, DC  20015
(202) 237-9617 (office)
(202) 744-0858 (mobile)
mgottlieb@bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

# Exhibit 12

**Victor Zapana**

| | |
|---|---|
| **From:** | Michael Gottlieb |
| **Sent:** | Tuesday, November 01, 2016 4:12 PM |
| **To:** | dmcgahn@jonesday.com |
| **Cc:** | Don McTigue (dmctigue@electionlawgroup.com); Kaul, Joshua L. (Perkins Coie) (JKaul@perkinscoie.com); Dawn Smalls; Chad Cooper; Zach West (zwest@ohiodems.org) |
| **Subject:** | RE: Activity in Case 1:16-cv-02645-JG Ohio Democratic Party v. Ohio Republican Party et al Order |

Mr. McGahn,

Please also advise at your earliest convenience if you know whether Mr. Stone and/or his organization, Stop the Steal, are represented by counsel in this matter (or the matters filed in NV, AZ, or PA), and if so, how we may contact said counsel.

Thank you,

MICHAEL J. GOTTLIEB
BOIES, SCHILLER & FLEXNER LLP
5301 WISCONSIN AVENUE NW
WASHINGTON, DC 20015
(202) 237-9617 (OFFICE)
(202) 744-0858 (MOBILE)
MGOTTLIEB@BSFLLP.COM

---

**From:** Michael Gottlieb
**Sent:** Tuesday, November 01, 2016 3:56 PM
**To:** dmcgahn@jonesday.com
**Cc:** Don McTigue (dmctigue@electionlawgroup.com); Kaul, Joshua L. (Perkins Coie) (JKaul@perkinscoie.com); Dawn Smalls
**Subject:** FW: Activity in Case 1:16-cv-02645-JG Ohio Democratic Party v. Ohio Republican Party et al Order

Mr. McGahn,

Please see the just released order in the Ohio matter.

Respectfully,

MICHAEL J. GOTTLIEB
BOIES, SCHILLER & FLEXNER LLP
5301 WISCONSIN AVENUE NW
WASHINGTON, DC 20015
(202) 237-9617 (OFFICE)
(202) 744-0858 (MOBILE)
MGOTTLIEB@BSFLLP.COM

---

**From:** <ohndecf@ohnd.uscourts.gov>
**Date:** November 1, 2016 at 3:30:24 PM EDT

1

**To:** <OHNDdb_NEF@ohnd.uscourts.gov>
**Subject: Activity in Case 1:16-cv-02645-JG Ohio Democratic Party v. Ohio Republican Party et al Order**

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Northern District of Ohio

**Notice of Electronic Filing**

The following transaction was entered on 11/1/2016 at 3:30 PM EDT and filed on 11/1/2016

| | |
|---|---|
| **Case Name:** | Ohio Democratic Party v. Ohio Republican Party et al |
| **Case Number:** | 1:16-cv-02645-JG |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Order [non-document] entered by Judge James S. Gwin on 11/1/16. IMPORTANT: Defendants shall file a response to plaintiff's complaint by close of business tomorrow, 11/2/16, and shall respond as to whether they have any objection to the entrance of an order limiting voter intimidation or an order limiting people at polling locations who are not authorized poll watchers or outside the polling stations. (Related Doc. [1]) (D,MA)**

**1:16-cv-02645-JG Notice has been electronically mailed to:**

Steven S. Kaufman    steve.kaufman@kaufman-company.com, candise.gusman@kaufman-company.com

Donald J. McTigue    dmctigue@electionlawgroup.com, mamcginnis@rrohio.com

Charles D. Cooper, II    chad.cooper@kaufman-company.com, candise.gusman@kaufman-company.com

Derek S. Clinger    dclinger@electionlawgroup.com

**1:16-cv-02645-JG Notice has been delivered by other means to:**

# Exhibit 13

## Victor Zapana

| | |
|---|---|
| **From:** | Michael Gottlieb |
| **Sent:** | Tuesday, November 01, 2016 10:30 PM |
| **To:** | dmcgahn@jonesday.com |
| **Cc:** | Spiva, Bruce V. (Perkins Coie) (BSpiva@perkinscoie.com); Kaul, Joshua L. (Perkins Coie) (JKaul@perkinscoie.com); Dawn Smalls |
| **Subject:** | RE: Activity in Case 2:16-cv-02514-RFB-NJK Nevada State Democratic Party v. Nevada Republican Party et al Minute Order Setting Hearing on Motion |

Mr. McGahn,

Please confirm that you have received this email, as well as my email from earlier today informing you about the hearing scheduled for Thursday in Arizona.

I also would re-up my question from earlier today: if you know who, if anyone, may be representing Mr. Stone and/or his organization in these matters, we would greatly appreciate you letting us know.

Best –

MICHAEL J. GOTTLIEB
BOIES, SCHILLER & FLEXNER LLP
5301 WISCONSIN AVENUE NW
WASHINGTON, DC  20015
(202) 237-9617 (OFFICE)
(202) 744-0858 (MOBILE)
MGOTTLIEB@BSFLLP.COM

**From:** Michael Gottlieb
**Sent:** Tuesday, November 01, 2016 7:23 PM
**To:** dmcgahn@jonesday.com
**Cc:** Spiva, Bruce V. (Perkins Coie) (BSpiva@perkinscoie.com); Kaul, Joshua L. (Perkins Coie) (JKaul@perkinscoie.com); Dawn Smalls
**Subject:** FW: Activity in Case 2:16-cv-02514-RFB-NJK Nevada State Democratic Party v. Nevada Republican Party et al Minute Order Setting Hearing on Motion

Mr. McGahn,

A hearing has been scheduled in the Nevada matter for 3:30pm tomorrow.

Respectfully,

Mike

MICHAEL J. GOTTLIEB
BOIES, SCHILLER & FLEXNER LLP
5301 WISCONSIN AVENUE NW
WASHINGTON, DC  20015
(202) 237-9617 (OFFICE)
(202) 744-0858 (MOBILE)
MGOTTLIEB@BSFLLP.COM

**From:** cmecf@nvd.uscourts.gov [mailto:cmecf@nvd.uscourts.gov]
**Sent:** Tuesday, November 01, 2016 7:14 PM
**To:** cmecfhelpdesk@nvd.uscourts.gov
**Subject:** Activity in Case 2:16-cv-02514-RFB-NJK Nevada State Democratic Party v. Nevada Republican Party et al
Minute Order Setting Hearing on Motion

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Nevada

Notice of Electronic Filing

The following transaction was entered on 11/1/2016 at 4:14 PM PDT and filed on 11/1/2016
**Case Name:** Nevada State Democratic Party v. Nevada Republican Party et al
**Case Number:** 2:16-cv-02514-RFB-NJK
**Filer:**
**Document Number:** 15(No document attached)

**Docket Text:**
MINUTE ORDER IN CHAMBERS of the Honorable Richard F. Boulware, II, on 11/1/2016.

IT IS ORDERED that a Hearing regarding the [6] Emergency MOTION for Temporary Restraining Order is set for November 2, 2016 at 3:30 PM in LV Courtroom 7C before Judge Richard F. Boulware, II.
(no image attached) (Copies have been distributed pursuant to the NEF - BEL)

2:16-cv-02514-RFB-NJK Notice has been electronically mailed to:

Don Springmeyer   dspringmeyer@wrslawyers.com, cmixson@wrslawyers.com, crehfeld@wrslawyers.com, nvaldez@wrslawyers.com

Bradley Scott Schrager   bschrager@wrslawyers.com, ODavidoff@wrslawyers.com, crehfeld@wrslawyers.com, dfresquez@wrslawyers.com, lrillera@wrslawyers.com

2:16-cv-02514-RFB-NJK Notice has been delivered by other means to:

Marc E. Elias
Perkins Coie LLP

700 13th Street, N.W.
Washington, DC 20005

# Exhibit 14

# Democrats Sue Donald Trump, Roger Stone for Voter Intimidation in 4 States

lawnewz.com/high-profile/breaking-democrats-sue-donald-trump-roger-stone-for-voter-intimidation-in-4-states/

By Rachel Stockman

Leaders from state Democratic parties in four states have filed federal lawsuits against **Donald Trump**, Trump advisor **Roger Stone**, and state Republican parties for "conspiring to threaten, intimidate, and thereby prevent minority voters in urban neighborhoods from voting in the 2016 election." The legal effort is lead by **Marc Elias**, the general counsel for the **Hillary Clinton** campaign.



The lawsuits filed in Nevada, Arizona, Pennsylvania, and Ohio are asking a judge to stop the defendants from monitoring polls, verbally harassing voters, and following them around to take pictures.

In one of the lawsuits, filed by the Nevada Democratic Party, against Stone, Trump, and the Nevada Republican Party, the plaintiffs point to a statement given by an unnamed Trump official that "[w]e have three major voter suppression operations under way" as evidence. The complaint further alleges:

> *Trump's supporters have responded with pledges to descend upon polling places in "certain areas" where many minority voters live in order to interfere with their efforts to exercise the franchise...*
>
> *Immediate relief is necessary. There are only 8 days left until Election Day, and early in-person voting in Nevada is well underway. Trump's calls for unlawful intimidation have grown louder and louder, and the conspiracy to harass and threaten voters on Election Day has already resulted in numerous acts that threaten to interfere with the voting rights of registered Nevada voters.*

The complaint also names Stop the Steal, which is a super PAC formed by Trump advisor **Roger Stone**. In the lawsuits, the Democrats claim "Stone has a history of engaging in voter intimidation, racist and misogynist hate speech, and incitement to violence."

The lawsuit then goes through several instances in which Trump allegedly spread "misinformation" about the election being rigged. For example, at an October 20 rally in Delaware, Ohio, Trump told the crowd that Clinton is "truly capable of anything, including voter fraud." The lawsuit alleges that Trump, Stone, and the local Republican parties have violated the Voting Rights Act, and the Klu Klux Klan Act. We are reaching out to the defendants for comment, and will update accordingly.

Last Wednesday, the DNC filed a motion in federal court which claimed that the RNC, through **Donald Trump**'s own statements, violated a longstanding consent decree that prohibits Republicans from engaging in "ballot security" measures which could intimidate minorities.

*Update 2:20 pm October 31, 2016:*

**Statement from Roger Stone:**

1/2

"I'm honored but the lawsuit is without merit and the lawyers who filed it could face sanctions. Stop the Steal in partnership with Vote Protectors is conducting a neutral, scientifically based EXIT POLL in order to compare the actual machine results with the exit poll results in 7000 key precincts. Precincts are chosen base on one party rule and past reports of irregularities- not racial make-up as falsely reported in the alt-left media.   The US State Department (under Hillary Clinton) required not more than a 2 % deviance between actual reported results and exit poll results in judging the integrity of foreign elections. All we ask is the same standard apply to the 2016 Presidential election. Since it is our intention to interview voters voluntary after they vote it had to see how voters would find this intimidating. Our methodology is no different than that used in the network consortium exit polls. We are not coordinating with the Trump campaign , the Republican National Committee or the individual Republican State Committees. We seek only to determine if the election is honestly and fairly conducted and to provide a an evidentiary basis for a challenge to the election if that is not the case. I assume the purpose of this bogus lawsuit is to distract from the voter-fraud the Democrats have traditionally engaged in.

Racist? I was working and marching for reform of New York's racist Rockefeller Drug laws before the DNC spokesperson was born."

# Exhibit 15



**Roger Stone**
@RogerJStoneJr

Follow

I'm honored and flattered but the Democrats lawsuit against me is utter bullshit. StoptheSteal.com Exit Poll will not be stopped.

RETWEETS
376

LIKES
651

10:04 PM - 31 Oct 2016

376    651