UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEVADA STATE DEMOCRATIC PARTY, <br><br> Plaintiffs, <br><br> v. <br><br> NEVADA REPUBLICAN PARTY, et al., <br><br> Defendants. | Case No. 2:16-cv-02514-RFB-NJK <br><br> **ORDER** |

On October 30, 2016, Plaintiffs Nevada State Democratic Party filed a complaint alleging present and planned intimidation of voters in the 2016 general election in violation of federal law. ECF No. 1. On November 1, 2016, Plaintiff filed an Emergency Motion for a Temporary Restraining Order. ECF No. 6. Summons were executed on Defendants Nevada Republican Party and Donald J. Trump for President, Inc., on November 1, 2016, and those Defendants appeared at a hearing on November 2, 2016.

Summons was executed against Defendant Stop the Steal on November 2, 2016. ECF No. 43. Summons was executed against Defendant Roger J. Stone, Jr. on November 2, 2016. ECF No. 44.

A hearing regarding ECF No. 6 Emergency Motion for a Temporary Restraining Order as to Defendant Stop the Steal will be held on Friday, November 4, 2016 at 3:00 PM in Las Vegas Courtroom 7D before Judge Richard F. Boulware, II.

Defendants Stop the Steal, Inc. and Roger J. Stone, Jr, **SHALL APPEAR at this hearing**, prepared to respond orally to the Motion for a Temporary Restraining Order.

1       Defendants Stop the Steal and Roger J. Stone, Jr are **ORDERED** to respond in writing to the Motion for a Temporary Restraining Order by on November 3, 2016.  Defendants are further **ORDERED** to attach to their responsive pleading the following information:

      a.) Training material provided to any individuals volunteering with the Defendants or organized by the Defendants as poll watchers, poll observers, exit pollsters or any other similarly tasked individuals.  This includes, but is not limited to, the information sent to "registered exit pollers" in Nevada, as represented in Exhibit 5 to Plaintiff's Motion for a Temporary Restraining Order – "Stop the Steal website home page".

      This attachment may be filed UNDER SEAL based upon a representation and supporting legal authority that it may contain proprietary information.

      Plaintiffs and Defendants Stop the Steal, Inc. and Roger J. Stone, Jr, **SHALL APPEAR** at a hearing on Friday November 4, 2016 now set by this Court for 3:00 PM in Courtroom 7D.

      Plaintiffs **SHALL SERVE** a copy of this Order on Defendants, no later than 11:00 AM on Friday, November 4, 2016, but this order will be in effect even absent such service by precisely 11:00 AM.

      **DATED**: <u>November 3, 2016</u>.

      _____
      **RICHARD F. BOULWARE, II**
      **UNITED STATES DISTRICT JUDGE**