# EXHIBIT 1

**Form 8872**
(November 2002)
Department of the Treasury
Internal Revenue Service

# Political Organization
# Report of Contributions and Expenditures

▶ See separate instructions.

OMB No. 1545-1696

**A** For the period beginning 10/01/2016 and ending 10/19/2016

**B** Check applicable box: ✓ Initial report  ___ Change of address  ___ Amended report  ___ Final report

**1** Name of organization
Stop The Steal

**Employer Identification number**
81 - 2115618

**2** Mailing address (P.O. box or number, street, and room or suite number)
3843 S Bristol Street Suite 312

City or town, state, and ZIP code
Santa Ana, CA 92704

**3** E-mail address of organization:
no@email

**4** Date organization was formed:
04/06/2016

**5a** Name of custodian of records
Brad Boeck

**5b** Custodian's address
3843 S Bristol Street Suite 312
Santa Ana, CA 92704

**6a** Name of contact person
Brad Boeck

**6b** Contact person's address
3843 S Bristol Street Suite 312
Santa Ana, CA 92704

**7** Business address of organization (if different from mailing address shown above). Number, street, and room or suite number
3843 S Bristol Street Suite 312

City or town, state, and ZIP code
Santa Ana, CA 92704

**8** Type of report (check only one box)

- ___ First quarterly report (due by April 15)
- ___ Second quarterly report (due by July 15)
- ___ Third quarterly report (due by October 15)
- ___ Year-end report (due by January 31)
- ___ Mid-year report (Non-election year only-due by July 31)

- ___ Monthly report for the month of: (due by the 20th day following the month shown above, except the December report, which is due by January 31)
- ✓ Pre-election report (due by the 12th or 15th day before the election)
  (1) Type of election: general
  (2) Date of election: 11/08/2016
  (3) For the state of: CA
- ___ Post-general election report (due by the 30th day after general election)
  (1) Date of election:
  (2) For the state of:

**9** Total amount of reported contributions (total from all attached Schedules A)..................................................... **9.** $ 7365

**10** Total amount of reported expenditures (total from all attached Schedules B)........................................................ **10.** $ 5300

Under penalties of perjury, I declare that I have examined this report, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

**Sign Here** ▶

Brad Boeck
Signature of authorized official

10/26/2016
Date

Form 8872 (11-2002)

## Schedule A — Itemized Contributions

| Contributor's name, mailing address and ZIP code | Name of contributor's employer / Contributor's occupation / Aggregate contributions year-to-date | Amount / Date of contribution |
|---|---|---|
| Aggregate below the threshold<br>NA<br>NA, CA 92626 - | NA<br>NA<br>$ 4515 | $ 4515<br>10/19/2016 |
| Helen Lin<br>2513 Champions Corner<br>Leander, TX 78641 - | Retired<br>Retired<br>$ 200 | $ 200<br>10/15/2016 |
| Anton Krell<br>Berth Cove 06-27<br>Singapore, WA 98616 - | Institute of Trading<br>Managing Partner<br>$ 1000 | $ 1000<br>10/15/2016 |
| Erik Foster<br>311 Maybrook Dr<br>Buda, TX 78610 - | AT and T<br>Technician<br>$ 500 | $ 500<br>10/17/2016 |
| Donald Ausmus<br>9601 N. 10th Street Unit1<br>McAllen, TX 78504 - | Retired<br>Retired<br>$ 200 | $ 100<br>10/08/2016 |
| Julian Webb<br>19 Quirk Ct<br>Newton, MA 02458 - | M. Siedman, Inc.<br>Accountant<br>$ 500 | $ 500<br>10/15/2016 |
| Giles Wormser<br>Dorfstrasse 27<br>Fruesisberg, NJ 08835 - | Swiss Investment Corp<br>Executive<br>$ 500 | $ 500<br>10/15/2016 |
| William Belcher<br>86177 Vegas Blvd<br>Yulee, FL 32097 - | Gemini Motor Transport<br>Driver<br>$ 250 | $ 50<br>10/06/2016 |

Schedule A

Form 8872 (11-2002)

| Schedule B | Itemized Expenditures | | Schedule B |
|---|---|---|---|
| Recipient's name, mailing address and ZIP code<br>Democracy Engine<br>2125 Fourteenth Street NW<br>Washington, DC 20009 - | Name of recipient's employer<br>NA<br>Recipients's occupation<br>NA | | Amount of Expenditure<br>$ 300<br>Date of expenditure<br>10/19/2016 |
| Purpose of expenditure<br>Contributions processing fees | | | |
| Recipient's name, mailing address and ZIP code<br>A. Miller Research<br>6563 E Paseo El Greco<br>Anaheim Hills, CA 92807 - | Name of recipient's employer<br>NA<br>Recipients's occupation<br>NA | | Amount of Expenditure<br>$ 5000<br>Date of expenditure<br>10/13/2016 |
| Purpose of expenditure<br>Consulting Fees | | | |