Michael J. Gottlieb
*Admitted Pro Hac Vice*
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave, N.W.
Washington, DC  20015
Tel: (202) 237-2727
Fax: (202) 237-6131
mgottlieb@bsfllp.com

*Attorneys of for Plaintiff Nevada State Democratic Party*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA STATE DEMOCRATIC PARTY,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA REPUBLICAN PARTY, DONALD J. TRUMP FOR PRESIDENT, INC., ROGER J. STONE, JR., and STOP THE STEAL INC.,<br><br>Defendants. | Case No. 2:16-cv-02514-RFB-NJK<br><br>**DECLARATION OF<br>MICHAEL J. GOTTLIEB, ESQ.** |

I, Michael J. Gottlieb, am of full age and, upon my oath according to law, hereby certify as follows:

1.   I am a partner in the law firm of Boies, Schiller & Flexner LLP, attorneys for Plaintiff Nevada State Democratic Party in the above-captioned matter.  I am familiar with the facts related to this litigation.

2

     2.     Attached hereto as Exhibit 1 is a true copy of Defendant Stop the Steal's website as it appeared on the morning of November 4, 2016. The page can be accessed at https://stopthesteal.org/states/nevada.

     3.     Attached hereto as Exhibit 2 is a true copy of the website that contains a video interview of Defendant Roger J. Stone, Jr., available at https://www.youtube.com/watch?v=eK8SjK7bGuM  (last accessed Nov. 4, 2016).

     4.     Attached hereto as Exhibit 3 is a true copy of the NBC News article (*Trump Ally Roger Stone Scrambling to Create Election Day Operation*) dated October 27, 2016.

     5.     Attached hereto as Exhibit 4 is a true copy of three tweets sent out by Roger J. Stone, Jr., on November 1 and November 2, 2016.

  6.  Attached hereto as Exhibit 5 is a true copy of Roger J. Stone, Jr.'s tweet from November 3, 2016 at 9:33 P.M, available at https://twitter.com/RogerJStoneJr/status/794397047499714560.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                      /s/ Michael J. Gottlieb

                                    Michael J. Gottlieb
                                    BOIES, SCHILLER & FLEXNER LLP
                                    5301 Wisconsin Ave, N.W.
                                    Washington, DC  20015
                                    Tel: (202) 237-2727
                                    Fax: (202) 237-6131
                                    mgottlieb@bsfllp.com

                                    *Attorney for Plaintiff*

Dated: November 4, 2016