# Nevada

## State Exit Poll Results



| 100% | 0% |
| --- | --- |
| 9 | 0 |
| Donald Trump | Hillary Clinton |

0%  0%

0%
0

Gary Johnson

0%
0

Jill Stein

Citizen Participation Goal

61

Registered Exit Pollers

122%

Percentage of Goal

# NEED INFO

by caseytoth | Nov 1, 2016 | Nevada, Nevada's 3rd, News | 3 Comments

I am trying to get settup as an exit poller to stop the steal.  i have register.  what is the next step.  I live in Las Vegas, NV Author Name Frontend...

## Any other stop-the-stealers in Henderson, Nevada?

by Viking1004 | Nov 1, 2016 | Nevada, Nevada's 3rd, News | 2 Comments

Any other stop-the-stealers in Henderson, Nevada? Would like to know some fellow patriots concerned about election fraud in Nevada. Author Name Frontend...

## Exit Pollers for Clark County Nevada please check in here

by rainefalls63 | Oct 30, 2016 | Nevada, Nevada's 1st, News | 6 Comments

...

## looking forward to keeping an eye on the cheats

by rainefalls63 | Oct 30, 2016 | Nevada, Nevada's 1st, News | 3 Comments

...

## Trump exit polling 89142 area

by Ramon Padilla | Oct 29, 2016 | Nevada, Nevada's 1st, News | 11 Comments

Anyone have any good insight on doing this Author Name Frontend...

## adsf

by IcantbelievethisIllegalBullShit2 | Oct 28, 2016 | Nevada, Nevada's 1st, News | 0 Comments

asdf

## New to exit Polling/ NV Dist 3

by VEDO1004 | Oct 27, 2016 | Nevada, Nevada's 3rd, News | 1 Comment

Looking to find info on rules and regulations to Stop the Steal in Las Vegas NV. I'm in district 3. Any info available would be awesome.

## Vote Protectors Wants You!

by mzuili | Aug 14, 2016 |

Vote Protectors is looking for motivated individuals to join our cause to help collect exit poll data.  We are looking for people to Register on this site to become Exit Pollers and Citizen Journalists. Exit Pollers commit to go out in November and post their youtube...