alex jones october 25 roger stone

Upload    Sign in

Up next    Autoplay


3:11:31
Alex Jones (FULL SHOW Commercial
Ron Gibson
27,997 views  NEW

Why Men Need Six Pack Abs
Ad  by Six Pack Shortcuts & 3,648,958 views
3:45


3:03:27
Alex Jones (FULL SHOW Commercial
Ron Gibson
13,145 views  NEW


3:02:07
Alex Jones (FULL SHOW Commercial
Ron Gibson
32,873 views


3:09:43
Alex Jones (FULL SHOW Commercial
Ron Gibson
39,275 views  NEW


3:00:05
Alex Jones (FULL SHOW Commercial
Ron Gibson
26,032 views  NEW


1:00:22
INFOWARS Nightly News: Owen Shroyer
Ron Gibson
3,322 views  NEW


1:27:04
FULL EVENT: Donald Trump Rally in
DONALD TRUMP SPEECHES &
Recommended for you  NEW

3:05:19
Alex Jones (FULL SHOW Commercial
Ron Gibson
32,098 views  NEW

49:09
AJ Show (2nd HOUR VIDEO Commercial
Ron Gibson
13,074 views  NEW

47:09
AJ Show (2nd HOUR VIDEO Commercial
Ron Gibson
13,737 views  NEW

## Alex Jones (FULL SHOW Commercial Free) Tuesday 10/25/16: Gerald Celente, Marc Morano, Roger Stone



 Ron Gibson
Subscribe  76K

32,117 views

Add to    Share    More    324    17

Published on Oct 25, 2016
IMPORTANT: Bookmark https://www.youtube.com/results?q=ron...
-- SUBSCRIBE TO PRISONPLANET.TV --
-- Share With 20 People

SHOW MORE

COMMENTS • 252


Add a public comment...

Top comments

 **Ron Gibson**  1 week ago
Alex Jones (FULL SHOW Commercial Free) Tuesday 10/25/16: Gerald Celente, Marc Morano, Roger Stone
https://www.youtube.com/watch?v=eK8SjK7bGuM
Subscribe: http://www.youtube.com/user/RonGibsonCF?sub_confirmation=1
Read more
Reply • 10

View all 3 replies

 **Jim Gillin**  1 week ago
Reverse psychology Troll alert, implying Assange is a Russian shill, nice try Hillary.
Reply • 4

 **gonfishin077**  1 week ago
Salute.
Skip navigation
Reply • 2

**InTranze CyberneTyko**  1 week ago
whatabout the death of the co founder of wikileaks???

alex jones october 25 roger stone                              Upload   Sign in

Cause of death "unknown".
Reply • 2


**InTranze CyberneTyko** 1 week ago
+Yuck Fooh
 GGRRR SURE THEY KILLED HIM !!
Reply • 2


**DAGDRUM5** 1 week ago
Fuel, heat & oxygen = fire; remove any one of those elements and you don't have fire.
Melody, harmony & rhythm = music; remove melody & harmony and you don't have music, you have rap.
Reply • 6


**Carey Hunt** 1 week ago (edited)
C + rap =
Reply • 1


**Cynthia Hughes** 1 week ago
Hollywood is owned and controlled by the Illuminati....that is why they support the Dems and their NWO !!!!
Reply • 11
View all 8 replies


**Jake Lacross** 1 week ago
@Cynthia....proof of your claims or stfu!  You sound very ignorant!
Reply • 1


**Lev Nakhshunov** 1 week ago (edited)
HOW ABOUT PROOF OF YOUR CLAIMS Jake Lacross? Maybe you should STFU
Reply • 2


**Mike Murphy** 1 week ago
I hope Trump win hope Trump wins and if it's really close I hope he does not concede they do a complete investigation on voter fraud although I hope he wins by a landslide
Reply • 3

**bootlegapples** 1 week ago
Trump made the most powerful comment I've heard a presidential hopeful ever say "drain the swamp" ...the weight of that seems lost on most people.He will rock the world if he get's in,a one man coup!
Reply • 2


**Olli Garch** 1 week ago (edited)
Alex that's how any Jewish organization shuts anyone down by screaming anti Semitic if you say anything against them. Of course it doesn't mean all Jews and it doesn't mean all Jews are bad. In fact the Jews suffer the most from the deeds of that group of elite Jews that start wars etc. In the name of Zionism. Pointing this out doesn't mean you hate Jews
Read more
Reply • 5


**Uptown Girl** 1 week ago (edited)
Keith Ingram is probably working for Hillary.  Anything for money.
Reply • 3

**m michael blackwell** 1 week ago
Wow, Michael Obama is worried about Trump talking nasty to another guy. Wonder if I can get that bj from Madonna.
Reply • 2
View all 6 replies

**Carey Hunt** 1 week ago
TMI?
Reply • 1

**michael blackwell** 1 week ago

alex jones october 25 roger stone

Upload    Sign in


**Olli Garch** 1 week ago
It's scary that people are supporting that sociopath Hillary and say Trump is the sociopath. He may be a lot of things but he's not a politician and was never supposed to get the nomination. He is one of the few candidates to tell the truth about the problems America faces. I think the guy really wants to help. I'm sure he knows that if he can fix what's wrong,
Read more
Reply · 5


**George Veghte** 1 week ago
Its not that he will make more money, its that he will live and let live.
Reply · 2


**Olli Garch** 6 days ago
+George Veghte I agree but what I meant was by fixing the trade deals everyone stands to gain.
Reply ·


**Ginger OConnell** 1 week ago
Norway had a reactor spill today and it is "not going to harm anyone" according to the media. Isn't this more important news than Hilary. We know she is corrupt and evil. Question is "What is the government going to do about it? Answer. The government under Obama will do nothing because it is not in their best interest since they want Hilary in
Read more
Reply · 3
View all 3 replies


**Ginger OConnell** 1 week ago
Agree with you. Scary.
Reply · 2


**Lev Nakhshunov** 1 week ago
Vote for the person who will uphold our Bill of Rights and our Constitution. Vote for the person that isnt a corrupt NWO operative. Vote for TRUMP now!
Reply ·


**John Gil** 1 week ago
the angry foreigner 😂😂
Reply · 3


**James Hamilton** 1 week ago
Thanks Ron. I wish I could tell Alex to shut the f_ck up for 5 minutes and let others, co-hosts, guests, speaks, talk, especially when he asks a question. AHHHH, constantly interrupting his guests, it's so annoying, however, I love Alex Jones, and will keep watching him. You are the Resistance. VOTE TRUMP!
Reply · 6
View all 7 replies


**James Hamilton** 1 week ago
I will, thank you. Alex Jones rocks through exposing corruption and telling the truth.
Reply · 1


**Critical Unity** 6 days ago
Vote trump? How about voting for the decisions themselves?
Reply ·


**PebbLe DroppLeD** 1 week ago
Keith Ingram's Worst Nightmare,
Infowars Reporter David Night.
Reply · 4

Skip navigation
**Nathanael Arumugam** 1 week ago
WOW, WHAT A DISGRACE, THE DIRECTOR OF ELECTTIONS IN ----TEXAS----- WONT SPEAK TO THE MEDIA ABOUT THE ELECTIONS, AND THE REAL MEDIA AT THAT
Reply · 3

Case 2:16-cv-02514-RFB-NJK   Document 58-2   Filed 11/04/16   Page 4 of 4

alex jones october 25 roger stone                     Upload   Sign in

Reply · 3

**Cupid Stunt** 1 week ago
The Emmanuels, Albrights, et al will NEVER face justice because of the corruption. Hopefully there's some patriot with a sniper rifle scoping them out.
Reply · 7

**Tyler Giese** 1 week ago
David "moist towelette" Knight
Reply · 3

**Steven Mcconnell** 1 week ago
I got a call from a pollster Sunday night.   When I said I was voting for Trump,  she hung-up on me.   When you rig the poles, you are rigging the election.  Don't go for it.   It's all "smoke and mirrors."
Reply · 2


**truth doctor @ wake up african people** 4 days ago
I got the same experience smh ...
Reply ·

**Dorina Micorescu** 1 week ago
Vote Trump!
Reply · 10

**Last Gunfighter** 1 week ago (edited)
message to Madonna. ..
I wouldn't put my foot in your fat mouth,
bitch, never mind my dick!!
Reply · 2
View all 5 replies


**Last Gunfighter** 1 week ago
Makoeyes Onme nah... ta!
Reply · 1


**Carey Hunt** 1 week ago
Gonnorhoea is the only type  of "clap" Maddogga gets at her concerts
Reply · 3

Show more

Language: English    Content location: United States    Restricted Mode: Off    History    Help

About    Press    Copyright    Creators    Advertise    Developers    +YouTube
Terms    Privacy    Policy & Safety    Send feedback    Try something new!