



**Roger Stone** @RogerJStoneJr · Nov 1
This is why we need the StoptheSteal.org EXIT POLL- volunteer or contribute today!

**Biggest Election Fraud In History Discovered In T...**
Biggest election fraud in history discovered in the United States Shocking video reveals secret software designed to rig elections Vote fraud expert Bev Harris exposes ...
jonrappoport.wordpress.com

  244    230   



**Roger Stone** @RogerJStoneJr · Nov 1
#FeelTheBern The Dems did this their own Bernie. Can you imagine what they will do to Trump? youtube.com/watch?v=8YsRU0... stopthesteal.org



**Democrats Busted On Camera Stuffing Ballot Boxes**
YouTube: Hidden Cam: NY Dem Election Commissioner: 'There's A Lot Of Voter Fraud': 'They Put Them In A Bus' http://www.youtube.com/watch?v=qEYcc7qzusc
youtube.com

 281    310