PAUL ROLF JENSEN, Admitted Pro Hac Vice
JENSEN & ASSOCIATES, APC
650 Town Center Drive, 12th Floor
Costa Mesa, California 92626
(714) 662-5527
prj@jensenlawyers.com

JENNINGS & FULTON, LTD.
ADAM R. FULTON, Esq., Nevada Bar No. 11572
Email:  afulton@jfnvlaw.com
6465 West Sahara Avenue, Suite 103
Las Vegas, Nevada 89146
Telephone (702) 979-3565
Facsimile (702) 362-2060

*Specially Appearing to contest service and jurisdiction
for Defendants:  Stop the Steal, Inc. and Roger J. Stone,
Jr.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA STATE DEMOCRATIC PARTY,<br><br>                    Plaintiffs,<br><br> vs.<br><br> NEVADA REPUBLICAN PARTY, et al.,<br><br>                    Defendants. | Case No.: 2:16-cv-02514-RFB-NJK<br><br><br>__NOTICE OF WITNESS INFORMATION__ |

TO THIS HONORABLE COURT, and to all interested parties:

Please take notice that the name of the witness Plaintiff intends to have available on

Monday to testify live is TRAVIS IRVINE.  He is available to appear in SAN DIEGO,

California, as the Court may direct, or at the San Diego office of the law firm of Musick, Peeler &

Garrett LLP.

Dated: 5 November 2016                    _____/s/_____

                                        PAUL ROLF JENSEN