1  Paul Rolf Jensen, Admitted Pro Hac Vice
   JENSEN & ASSOCIATES, APC
2  *Trial Lawyers*
   650 Town Center Drive, Twelfth Floor
3  Costa Mesa, California 92626
   (714) 662-5527
4

5  JENNINGS & FULTON LTD.
   ADAM R. FULTON, Esq., Nevada State Bar No. 11572
6  Email:afulton@jfnvlaw.com
   6465 West Sahara Avenue, Suite 103
7  La Vegas, Nevada 89146
   Telephone (702) 979-3565
8  facsimile (702) 362-2060

9  Attorneys Specially appearing[1] for Roger J. Stone and Stop the Steal,
   erroneously sued as Stop the Steal, Inc.

# United States District Court
# District of Nevada

| | |
|---|---|
| Nevada Democratic Party, | No. 2:16-cv-02514-RFB-NJK |
| Plaintiff, | |
| vs. | DECLARATION OF TRAVIS IRVINE IN OPPOSITION TO MOTION FOR INJUNCTIVE RELIEF |
| Nevada Republican Party, et al. | |
| Defendants. | [filed concurrently with Declarations of Paul Rolf Jensen, Roger J. Stone and Memorandum of Law] |

I, TRAVIS IRVINE, hereby declare as follows:

---

[1] The Court has graciously allowed Defendants Stone and Stop the Steal, through counsel, to file this brief without waiving their jurisdictional claims and without making a general appearance.

-1-

My name is Travis Irvine. I am a registered Democrat. I supported Bernie Sanders for president in the primaries, and I currently support Gary Johnson.  I have volunteered to serve as training coordinator for Stop the Steal's exit polling operation.  To that end, I have caused the following statement to be published on Stop the Steal's website, and to be emailed to every volunteer nationwide:

You must not:
   a.   Speak (or encourage anyone else to speak )to any voter before he goes into a polling place, about ANYTHING, or who appears to be in line to vote or headed into a polling place.
   b.   Speak to ANYONE within 100 feet of the entrance to any polling place
   c.   Go inside a polling location for any reason other than to vote yourself, and when voting yourself and inside a polling place say or do anything not directly related to casting your own vote
   d.   Record by audio or video or any other method of sound or video reproduction the comments of anyone who has voted without that person's permission
   e.   Wear or display any badge, button, or clothing that promotes any political candidate or party
   f.   Photograph the conduct of voting at a polling place or record the conduct of voting, or of any voter in line to vote (no matter how far distant from a polling place) or who appears to be headed into a polling place to vote or who is within 100 feet of a polling place even if that person has already voted
   g.   Without regard to distance from a polling place, ask any person *who has not yet voted* their name, address or political affiliation or how that voter plans to mark his or her ballot
   h.   It is our goal to conduct a neutral, scientifically-based and methodically sound exit poll at certain targeted precincts for the purpose of preparing the exit poll actual

All volunteers are being emailed and invited to participate Monday evening in a conference call so I can reiterate the above to them orally.

Volunteers are being asked to ask people who have voted if they will be willing to participate in a simple, voluntary 3-question poll:" Did you just vote; did you vote four years ago; and for whom did you vote today".  The answers are then to be tabulated or otherwise recorded

and then turned to Stop the Steal. They are not asked their name or any personal identification, only these three questions and these three questions only.

We have 65 volunteers currently registered in Nevada, dispersed throughout the state. However, from my experience I do not to expect more than 20% to actually end up working for us on election day.  Generally speaking, we want them to focus on Clark County, but I cannot be more specific than that because volunteers can't be depended on to travel any great distance no matter how much I might like them to.  In essence, they will be choosing where they will go.

The purpose of our election day effort is to conduct a neutral, scientifically valid, methodologically sound exit poll in certain targeted precincts in order to compare the exit poll results with the actual computerized voting machine results as reported. We are seeking to determine what, if any, deviation there is between the actual vote and the exit poll vote and whether there is a pattern between all of those polling places targeted. We seek to determine if the 2016 Presidential election meeting that standard.

Our volunteers are not just Republicans but include supporters of Gov. Gary Johnson, Dr. Jill Stein and Senator Bernie Sanders. Our volunteers include members of the Republican, Democratic, Libertarian and Green parties. We only seek to determine if we have had a honest election. Volunteers are asked to sign a sworn statement that they will obey and all state laws pertaining to polling places and election day activities We are interesting in

engaging with voters only after they have voted and even then on a voluntary basis.

Any unduly obvious display of partisanship would skew poll results and thus be harmful to the goal of conducting accurate poll of voters.

I hereby declare under penalty of perjury of the laws of the United States, and of California, that the foregoing is true and correct of my own personal knowledge and that if called upon, I would and could so competently testify.

Executed at San Diego, California on November 5, 2016

/s/

_____

TRAVIS IRVINE