1  **Paul Rolf Jensen, Admitted Pro Hac Vice**
   **JENSEN & ASSOCIATES, APC**
2     *Trial Lawyers*
   **650 Town Center Drive, Twelfth Floor**
3  **Costa Mesa, California 92626**
   **(714) 662-5527**
4

5  JENNINGS & FULTON LTD.
   ADAM R. FULTON, Esq., Nevada State Bar No. 11572
6  Email:afulton@jfnvlaw.com
   6465 West Sahara Avenue, Suite 103
7  La Vegas, Nevada 89146
   Telephone (702) 979-3565
8  facsimile (702) 362-2060

9  Attorneys Specially appearing[1] for Roger J. Stone and Stop the Steal, erroneously sued as Stop the Steal, Inc.

# United States District Court
## District of Nevada

| | |
|---|---|
| Nevada Democratic Party, | No. 2:16-cv-02514-RFB-NJK |
| Plaintiff, | |
| vs. | DECLARATION OF PAUL ROLF JENSEN IN OPPOSITION TO MOTION FOR INJUNCTIVE RELIEF |
| Nevada Republican Party, et al. | |
| Defendants. | [filed concurrently with Declarations of Travis Irvine, Roger J. Stone and Memorandum of Law] |

I, PAUL ROLF JENSEN, hereby declare as follows:

---

[1] The Court has graciously allowed Defendants Stone and Stop the Steal, through counsel, to file this brief without waiving their jurisdictional claims and without making a general appearance.

-1-

1. I am an attorney at law, duly licensed to practice before the Supreme Courts of the United States and of the State of California, and admitted pro hac vice in this case on behalf of Roger Stone and Stop the Steal.

2. Last Thursday I appeared for these same defendants, and opposite these same lawyers for Plaintiff Arizona Democratic Party, in United States District Court in Phoenix, where the identical relief was sought there as they are seeking here. After this Court adjourned on Friday, the Arizona Court issued its ruling. Attached hereto as Exhibit 1 is a true copy of that Order. So that the Court may see the identical nature of the complaint and motion there, I attach true copies of these as well.

I hereby declare under penalty of perjury of the laws of the United States, and of California, that the foregoing is true and correct of my own personal knowledge and that if called upon, I would and could so competently testify.

Executed at Costa Mesa, California on November 6, 2016

_____

PAUL ROLF JENSEN

-2-