**Arizona Democratic Party v. Arizona Republican Party, et al.**

**EXHIBITS TO DECLARATION OF SARAH R. GONSKI
IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING
ORDER AND/OR PRELIMINARY INJUNCTION**

**INDEX**

| | |
|---|---|
| Exhibit 1 | GOP Press Release (*RNC & Trump Campaign Announce Joint Agreements*) dated May 17, 2016 |
| Exhibit 2 | Arizona Daily Star article (*Arizona Republicans Train Poll Workers to Document 'Ballot Harvesting'*), dated August 25, 2016 |
| Exhibit 3 | Volunteer to be a Trump Election Observer form |
| Exhibit 4 | Guardian article (*Trump Loyalists Plan Own Exit Poll Amid Claims of 'Rigged' Election*) dated October 20, 2016 |
| Exhibit 5 | Stop the Steal website home page, accessed October 22, 2016 |
| Exhibit 6 | Boston Globe article (*Warnings of Conspiracy Stoke Anger Among Trump Faithful*) dated October 15, 2016 |
| Exhibit 7 | @jackbgoode1's tweet on August 19, 2016 at 7:43 P.M. |
| Exhibit 8 | Arizona Republic article (*Roberts: Arizona GOP Chief Explains Why He's Supporting Trump*), dated October 11, 2016 |
| Exhibit 9 | Talking Points Memo article (*Why the RNC Wants Nothing to Do with Trump's Poll Watcher Call to Arms*), dated October 21, 2016 |
| Exhibit 10 | Hill article (*Trump Campaign Encouraging Surrogates To Double Down On Ballot Fraud*), dated October 21, 2016 |
| Exhibit 11 | Washington Post article (*Trump Fires up Recruitment of Poll Watchers as He Warns of Election 'Cheating'*), dated August 13, 2016 |
| Exhibit 12 | State Press article (*Trump Criticizes Obamacare and Clinton Email Scandal at Phoenix Rally*), dated October 29, 2016 |
| Exhibit 13 | Temporary Restraining Order issued by the court in *Daschle v. Thune*, No. 04-cv-4177 (D.S.D. Nov. 2, 2004) |

| Exhibit 14 | Complaint filed in *Daschle v. Thune*, No. 04-cv-4177 (D.S.D. Nov. 1, 2004) |
|---|---|
| Exhibit 15 | Order Granting Plaintiffs' Motion for Preliminary Injunction in *Brakebill v. Jaeger*, No. 16-cv-00008 (DLH), (D.N.D. Aug. 1, 2016) |
| Exhibit 16 | Washington Post article (*A Comprehensive Investigation of Voter Impersonation Finds 31 Credible Incidents Out of One Billion Ballots Cast*), dated August 6, 2014 |
| Exhibit 17 | Bloomberg Businessweek article (*Inside the Trump Bunker, with Days to Go*), dated October 27, 2016 |
| Exhibit 18 | Politico article (*Trump: Without ID Law, Voters Will Vote '15 Times' for Clinton*), dated August 9, 2016 |
| Exhibit 19 | Politico article (*How Hostile Poll-Watchers Could Hand Pennsylvania to Trump*), dated October 2, 2016 |
| Exhibit 20 | Atlantic article (*Donald Trump's Attacks on the Rights of Minority Voters*), dated October 13, 2016 |
| Exhibit 21 | Boston Globe article (*Giuliani, Gingrich Raise Specter of Voter Fraud Ahead of Election*), dated October 16, 2016 |
| Exhibit 22 | Hill article (*Trump: Government Bringing in Illegal Immigrants to Vote*), dated October 7, 2016 |
| Exhibit 23 | Huffington Post article (*Trump-Linked Voter Intimidation Group Releases New Script for 'Citizen Journalists'*), dated October 26, 2016) |
| Exhibit 24 | New Yorker article (*The Dirty Trickster*), dated June 2, 2008 |
| Exhibit 25 | Twitter user @roycan79's tweet on October 17, 2016 at 9:53 a.m. |
| Exhibit 26 | Breitbart article (*Wikileaks: John Podesta Believed 'Obama Forces' Committed Voter Fraud*), dated October 15, 2016 |
| Exhibit 27 | StopTheSteal.org "Voter Protector Exit Poller" registration form |
| Exhibit 28 | Washington Post article (*Poll: Nearly Half of Americans Say Voter Fraud Occurs Often*), dated September 15, 2016 |
| Exhibit 29 | KJZZ article (*Arizona GOP Training Poll Watchers To Spot Ballot Harvesting*), dated August 26, 2016 |