**Paul Rolf Jensen, Admitted Pro Hac Vice**
**JENSEN & ASSOCIATES, APC**
*Trial Lawyers*
**650 Town Center Drive, Twelfth Floor**
**Costa Mesa, California 92626**
**(714) 662-5527**

JENNINGS & FULTON LTD.
ADAM R. FULTON, Esq., Nevada State Bar No. 11572
Email:afulton@jfnvlaw.com
6465 West Sahara Avenue, Suite 103
La Vegas, Nevada 89146
Telephone (702) 979-3565
facsimile (702) 362-2060

Attorneys Specially appearing[1] for Roger J. Stone and Stop the Steal, erroneously sued as Stop the Steal, Inc.

# United States District Court
## District of Nevada

| | |
|---|---|
| Nevada Democratic Party,<br><br>  Plaintiff,<br><br>vs.<br><br>Nevada Republican Party, et al.<br><br>  Defendants. | No. 2:16-cv-02514-RFB-NJK<br><br>SUPPLEMENTAL DECLARATION OF PAUL ROLF JENSEN IN OPPOSITION TO MOTION FOR INJUNCTIVE RELIEF<br><br>[filed concurrently with Declarations of Travis Irvine, Roger J. Stone and Memorandum of Law] |

I, PAUL ROLF JENSEN, hereby declare as follows:

---

[1] The Court has graciously allowed Defendants Stone and Stop the Steal, through counsel, to file this brief without waiving their jurisdictional claims and without making a general appearance.

-1-

1. I am an attorney at law, duly licensed to practice before the Supreme Courts of the United States and of the State of California, and admitted pro hac vice in this case on behalf of Roger Stone and Stop the Steal.

2. Last Friday, in litigation brought by these same plaintiffs' lawyers identical in almost every respect to our litigation here in Nevada, the District Court, without participation from Rogert Stone and Stop the Steal, GRANTED plaintiff Ohio Democratic Party the same injunction they are seeking in this case. Yesterday, Defendant Trump campaign sought an emergency stay of that injunction before the Sixth Circuit, and I filed a joinder in that emergency motion, and asked for the same relief.

3. At approximately 10:45 this morning Pacific Time I received the Order of the Sixth Circuit, which I attach hereto as Exhibit 10, staying that injunction.

I hereby declare under penalty of perjury of the laws of the United States, and of California, that the foregoing is true and correct of my own personal knowledge and that if called upon, I would and could so competently testify.

Executed at Costa Mesa, California on November 6, 2016

_____

PAUL ROLF JENSEN

-2-